UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 14  3 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KRISTEN EJCHORSZT              *
                               *
                               *
VS.                            *
                               *
                               *     CASE NUMBER: 3: 02CV1350 (JBA)
JAMES F. DAIGLE, JR.;          *
LOUIS J. FUSARO, Chief of Police *
MARK LOUNSBURY; POLICE         *
DEPARTMENT OF THE CITY OF      *
NORWICH, AND CITY OF NORWICH   *     July 10, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Denied as moot.* [handwritten margin note]

## MOTION FOR EXTENSION OF TIME FOR FILING MEMORANDUM OF LAW

The plaintiff, Kristen Ejchorszt, respectfully moves, pursuant to Local Rule 7(b)(2), for an extension of time of two weeks, to and including July 28, 2003, within which to file her Memorandum of Law in response to the Motion for Stay, dated June 20, 2003, filed by the defendant James F. Daigle, Jr. The reasons for the requested extension include:

    1. Due to the press of other litigation and appeal matters, including a brief filed in the Connecticut Appellate Court on July 8, 2003, the undersigned counsel has not had sufficient time to devote to the preparation of the Memorandum of Law.

    2. The undersigned counsel received just today an 89 page opinion of the Commonwealth Court of Pennsylvania, rendered in M. Diane Koken, Insurance Commissioner, Common Wealth of Pennsylvania, v. Legion Insurance Company, Docket No. 183 M.D. 2002, Ruling on the petition for liquidation, filed by Legion Insurance Company. The court's opinion appears to address issues which may be relevant to this Court in determining whether to continue the stay of this matter. The undersigned

1