**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KRISTEN EJCHORSZT                    :       CIVIL ACTION
                                              NO. 3:02 CV1350 (CFD)
V.                                   :

JAMES F. DAIGLE, JR., LOUIS J. FUSARO,
MARK LOUNSBURY, POLICE DEPT. OF
THE CITY OF NORWICH, AND CITY OF
NORWICH                              :       AUGUST 21, 2003

## MOTION TO STAY DUE TO LIQUIDATION

Pursuant to General Statutes § 38a-851(a) and the July 25, 2003 Order of the

Commonwealth Court of Pennsylvania, the defendant, James F. Daigle, Jr., respectfully

moves the Court to stay this action for six (6) months, up to and including January 28,

2004, or until such time as the Connecticut Insurance Guaranty Association gives notice

assuming control of the file, whichever is later.  In support of this Motion, the defendant

submits the following:

Pursuant to court order issued July 25, 2003, by the Commonwealth Court of

Pennsylvania in the matter of <u>M. Diane Koken, Insurance Commissioner of the</u>

<u>Commonwealth of Pennsylvania v. Legion Insurance Company</u>, Docket No. 183 MD

2002, Legion Insurance Company ("Legion") has been declared insolvent and ordered

to be liquidated effective July 28, 2003.  The Order of Liquidation (copy attached)

specifically states in Paragraph 24 as follows:

> Unless otherwise agreed to by the Liquidator or by the relevant
> guaranty associations, all actions in which Legion is or may be
> obligated to defend a party in any court of law are stayed to the

One Goodwin Square          **HALLORAN**          Phone (860) 522-6103
225 Asylum Street           **& SAGE LLP**        Fax (860) 548-0006
Hartford, CT 06103                                Juris No. 26105