26

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | CIVIL ACTION |
| | | NO. 3:02 CV1350 (JBA) |
| V. | : | |
| JAMES F. DAIGLE, JR., LOUIS J. FUSARO, MARK LOUNSBURY, POLICE DEPT. OF THE CITY OF NORWICH, AND CITY OF NORWICH | : | JUNE 20, 2003 |

## MOTION FOR STAY

The defendant, James F. Daigle, Jr., respectfully requests the Court to enter an order staying this action up to and including September 15, 2003. In support of this Motion, the defendants submit the attached memorandum of law. Accordingly, the defendants respectfully request the Court to enter an order staying this case up to and including September 15, 2003 or until such time that Legion Insurance Company is ordered to liquidation and that the Connecticut Insurance Guaranty Association gives notice of assuming control of the file, whichever is later.

THE DEFENDANT,
JAMES F. DAIGLE, JR.

BY: _____
James M. Sconzo
Fed. Bar No. ct 04571
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860) 548-0006

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105