UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | CIVIL ACTION<br>NO. 3:02 CV1350 (JBA) |
| V. | : | |
| JAMES F. DAIGLE, JR., LOUIS J. FUSARO,<br>MARK LOUNSBURY, POLICE DEPT. OF<br>THE CITY OF NORWICH, AND CITY OF<br>NORWICH | : | APRIL 15, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

### FIRST COUNT

1.   As to the allegations of Paragraph 1 of the First Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

2.   As to the allegations of Paragraph 2 of the First Count that allege "was a detective lieutenant" and "Daigle is sued individually and in his official capacity", the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof. The remaining allegations of Paragraph 2 are admitted.

3.   The allegations of Paragraph 3 of the First Count are admitted.

4.   As to the allegations of Paragraph 4 of the First Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. As to the allegations of Paragraph 5 of the First Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

6. As to the allegations of Paragraph 6 of the First Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

7. As to the allegations of Paragraph 7 of the First Count that state "In purportedly attaching the body wire, Daigle required the plaintiff to remove her shirt", the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof. The remaining allegations of Paragraph 7 are denied.

8. The allegations of Paragraph 8 of the First Count are denied.

9. The allegations of Paragraph 9 of the First Count are denied.

10. The allegations of Paragraph 10 of the First Count are denied.

11. The allegations of Paragraph 11 of the First Count are denied.

12. The allegations of Paragraph 12 of the First Count are denied.

13. As to the allegations of Paragraph 13 of the First Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14.   As to the allegations of Paragraph 14 of the First Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

**SECOND COUNT**

1.   The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 11 of the First Count are hereby incorporated and made his answers to Paragraphs 1 through 11 of the Second Count as if fully set forth herein.

12.   The allegations of Paragraph 12 of the Second Count are denied.

13.   The allegations of Paragraph 13 of the Second Count are denied.

14.   As to the allegations of Paragraph 14 of the Second Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

15.   As to the allegations of Paragraph 15 of the Second Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

**THIRD COUNT**

1.   The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 14 of the First Count are hereby incorporated and made his answers to Paragraphs 1 through 14 of the Third Count as if fully set forth herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

15. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 13 through 15 of the Second Count are hereby incorporated and made his answers to Paragraphs 15 through 17 of the Third Count as if fully set forth herein.

18. The allegations of Paragraph 18 of the Third Count are denied.

19. The allegations of Paragraph 19 of the Third Count are denied.

20. The allegations of Paragraph 20 of the Third Count are denied.

21. The allegations of Paragraph 21 of the Third Count are denied.

22. As to the allegations of Paragraph 22 of the Third Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

**FOURTH COUNT**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 14 of the First Count are hereby incorporated and made his answers to Paragraphs 1 through 14 of the Fourth Count as if fully set forth herein.

15. The allegations of Paragraph 15 of the Fourth Count are denied.

16. The allegations of Paragraph 16 of the Fourth Count are denied.

17. The allegations of Paragraph 17 of the Fourth Count are denied.

**FIFTH COUNT**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 14 of the First Count are hereby incorporated and made his answers to Paragraphs 1 through 14 of the Fifth Count as if fully set forth herein.

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

15. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 15 through 17 of the Fourth Count are hereby incorporated and made his answers to Paragraphs 15 through 17 of the Fifth Count as if fully set forth herein.

18. The allegations of Paragraph 18 of the Fifth Count are denied.

**SIXTH COUNT**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 18 of the Fifth Count are hereby incorporated and made his answers to Paragraphs 1 through 18 of the Sixth Count as if fully set forth herein.

19. The allegations of Paragraph 19 of the Sixth Count are denied.

20. The allegations of Paragraph 20 of the Sixth Count are denied.

**SEVENTH COUNT**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 18 of the Fifth Count are hereby incorporated and made his answers to Paragraphs 1 through 18 of the Seventh Count as if fully set forth herein.

19. The allegations of Paragraph 19 of the Sixth Count are denied.

**EIGHTH COUNT**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 20 of the Sixth Count are hereby incorporated and made his answers to Paragraphs 1 through 20 of the Eighth Count as if fully set forth herein.

21. The allegations of Paragraph 21 of the Eighth Count are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### NINTH COUNT

The defendant, James F. Daigle, Jr., does not answer the Ninth Count as said count is not directed to him.

### TENTH COUNT

The defendant, James F. Daigle, Jr., does not answer the Tenth Count as said count is not directed to him.

### ELEVENTH COUNT

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 45 of the Tenth Count are hereby incorporated and made his answers to Paragraphs 1 through 45 of the Eleventh Count as if fully set forth herein.

46. The allegations of Paragraph 46 of the Eleventh Count are denied.

47. As to the allegations of Paragraph 47 of the Eleventh Count, the defendant, James F. Daigle, Jr., has insufficient information upon which to base a belief and therefore, leaves the plaintiff to her proof.

48. As to the allegations contained in Paragraph 48 of the Eleventh Count, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

49. As to the allegations contained in Paragraph 49 of the Eleventh Count, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

50.    As to the allegations contained in Paragraph 50 of the Eleventh Count, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

51.    The allegations of Paragraph 51 of the Eleventh Count are denied as they pertain to defendant, James F. Daigle, Jr.

## **TWELFTH COUNT**

1.    The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 14 of the First Count are hereby incorporated and made his answers to Paragraphs 1 through 14 of the Twelfth Count as if fully set forth herein.

15.    The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 12 through 15 of the Second Count are hereby incorporated and made his answers to Paragraphs 15 through 18 of the Twelfth Count as if fully set forth herein.

19.    The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 18 through 22 of the Third Count are hereby incorporated and made his answers to Paragraphs 19 through 23 of the Twelfth Count as if fully set forth herein.

24.    The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 15 through 17 of the Fourth Count are hereby incorporated and made his answers to Paragraphs 24 through 26 of the Twelfth Count as if fully set forth herein.

27.    The defendant, James F. Daigle, Jr.'s, answer to Paragraph 18 of the Fifth Count is hereby incorporated and made his answer to Paragraph 27 of the Twelfth Count as if fully set forth herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

28.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 19 through 20 of the Sixth Count are hereby incorporated and made his answers to Paragraphs 28 through 29 of the Twelfth Count as if fully set forth herein.

30.  The defendant, James F. Daigle, Jr.'s, answer to Paragraphs 19 of the Seventh Count is hereby incorporated and made his answer to Paragraph 30 of the Twelfth Count as if fully set forth herein.

31.  The defendant, James F. Daigle, Jr.'s, answer to Paragraph 21 of the Eighth Count is hereby incorporated and made his answer to Paragraph 31 of the Twelfth Count as if fully set forth herein.

32.  The allegations of Paragraph 32 of the Twelfth Count are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Counts One through Eight, Eleven and Twelve)

The plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
(Counts One through Eight, Eleven and Twelve)

At all times relevant to this action, the defendant, James F. Daigle, Jr., was entitled to qualified immunity as he was involved in the exercise of discretionary duties, did not violate any clearly established constitutional right which a reasonable police officer would have known or, in the alternative, his actions were objectively reasonable for him to believe that he did not violate any clearly established constitutional or statutory right of the plaintiff.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**THIRD AFFIRMATIVE DEFENSE**
(Counts One through Eight, Eleven and Twelve)

At all times relevant hereto, the undersigned defendant, James F. Daigle, Jr., was immune from liability as to any state law claims as he was engaged in discretionary activities while performing public duties as part of his governmental function.

**FOURTH AFFIRMATIVE DEFENSE**
(Counts One through Eight, Eleven and Twelve)

If the plaintiff, Kristen Ejchorszt, has a claim against any other insured under any provision of any insurance policy, other than a claim against the policy of Legion Insurance Company, which is expressly denied, which is also a covered claim under Connecticut General Statutes §§ 38a-836 to 38a-853, inclusive, shall first exhaust her rights under said policy, and pursuant to Connecticut General Statutes § 38a-845(1) any amount payable by Legion Insurance Company on a covered claim under Connecticut General Statutes §§ 38a-836 to 38a-853, inclusive, shall be reduced by the amount recoverable under the insurance policy in Chapter 658 of the Connecticut General Statutes.

**FIFTH AFFIRMATIVE DEFENSE**
(Counts One through Eight, Eleven and Twelve)

If the plaintiff, Kristen Ejchorszt, has a claim under any governmental insurance or guaranty program, which claim is also a covered claim, she shall be required to first exhaust her rights under such program pursuant to Connecticut General Statutes § 38a-845(3) any amount payable by Legion Insurance Company, which is expressly denied,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

on a covered claim under §§ 38a-836 to 38a-853, inclusive, shall be reduced by any amount recoverable under such program.

        THE DEFENDANT:
        JAMES F. DAIGLE, JR.


      By _____
        Eric P. Daigle of
        HALLORAN & SAGE LLP
        Fed. Bar #ct23486
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        (860) 522-6103
        Daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 15t$^h$ day of April, 2004, I hereby mailed a copy of the foregoing to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Charles K. Norris Esquire
Gordon Chinigo Leone
Maruzo & Basilica
141 Broadway
Norwich, CT  06360

                                                                                                          _____
                                                                                                          Eric P. Daigle

513351.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105