UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| | : | |
| v. | : | |
| | : | |
| JAMES F. DAIGLE, JR., ET AL | : | JUNE 11, 2004 |

## JURY DEMAND

Defendant demands a trial by jury.

        DEFENDANTS,
        LOUIS J. FUSARO, Chief of Police;
        MARK LOUNSBURY; POLICE
        DEPARTMENT OF THE CITY OF
        NORWICH and CITY OF NORWICH


        By_____/s/_Beatrice S. Jordan_____
          Beatrice S. Jordan
          ct22001
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-766 (Fax)
          E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 11th day of June, 2004.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

                                                _____/s/ Beatrice S. Jordan_____
                                                Beatrice S. Jordan