**FILED**

2004 MAY 21 P 2: 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KRISTEN EJCHORSZT | : CIVIL ACTION |
| V. | NO. 3:02 CV1350 (CFD) |
| JAMES F. DAIGLE, JR., LOUIS J. FUSARO, MARK LOUNSBURY, POLICE DEPT. OF THE CITY OF NORWICH, AND CITY OF NORWICH | : MAY 19, 2004 |

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT

2004 JUL 23 P 3:53
U.S. DISTRICT COURT
HARTFORD

## JOINT RULE 26(f) REPORT

| | |
|---|---|
| Date Complaint Filed: | Complaint was initially filed in Superior Court on July 15, 2002. The Defendants removed the matter on August 5, 2002. |
| Date Complaint was served: | On or after July 15, 2002 |
| Date of Defendant(s) Appearance: | Defendants appeared in this case on August 5, 2002. |

Note: This action was stayed until January 31, 2004, due to the liquidation of Legion Insurance Company.

Pursuant to Fed. R. Civ P 16(b), 26(f) and D.Conn L. Civ. R. 38. Conferences were held in February and May, 2004. The participants were:

**Barbara L. Cox,** The Gallagher Law Firm, 1377 Boulevard, P.O. Box 1925, New Haven CT 06509-1925, for the plaintiff Kristen Ejchorszt.

**Eric P. Daigle**, Halloran & Sage, LLP. One Goodwin Square, 225 Asylum Street, Hartford, CT 06103, for the defendant James F. Daigle, Jr.

Case 3:02-cv-01350-CFD    Document 44    Filed 07/23/2004    Page 1 of 1