# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN EJCHORSZT, | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:02CV1350(CFD) |
| | : |
| JAMES F. DAIGLE, JR., LOUIS J. | : |
| FUSARO, MARK LOUNSBURY, | : |
| POLICE DEPT. OF THE CITY OF | : |
| NORWICH, AND CITY OF NORWICH, | : |
|     Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_  A ruling on the following motion which is currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 13th day of August 2004, at Hartford, Connecticut.

                                                    /s/ CFD
                                                  Christopher F. Droney
                                                  United States District Judge