UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| | : | |
| v. | : | |
| | : | |
| JAMES F. DAIGLE, JR., ET AL | : | DECEMBER 6, 2004 |

### MOTION FOR BOND

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the defendants, City of Norwich, Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury, respectfully move for an order that the plaintiff, Kristen Ejchorszt, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from the entry of such order.

DEFENDANTS,
CITY OF NORWICH, POLICE
DEPARTMENT OF THE CITY OF
NORWICH, LOUIS J. FUSARO and MARK
LOUNSBURY

By____/s/_Beatrice S. Jordan____
  Beatrice S. Jordan
  ct22001
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-766 (Fax)
  E-Mail:  bjordan@hl-law.com

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 6th day of December, 2004.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

                                                /s/ Beatrice S. Jordan
                                           Beatrice S. Jordan