UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| | : | |
| v. | : | |
| | : | |
| JAMES F. DAIGLE, JR., ET AL | : | DECEMBER 13, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the defendants, City of Norwich, Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury, hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court on July 27, 2004 be modified in accordance with the deadlines set forth below.

In support of this motion, the defendants represent that written discovery has been served by defendants. The plaintiff complied with the defendants' discovery requests on November 22, 2004. The defendants, however, have been delayed in noticing plaintiff's deposition due to trial schedules of both defense counsel.

Accordingly, the defendants respectfully request that the discovery and pretrial deadlines in this case be modified as follows:

ORAL ARGUMENT IS NOT REQUESTED

1. Party and fact witness depositions will be completed by February 15, 2005.

2. Reports of retained experts pursuant to Federal Rule of Civil Procedure 26(a)(2) will be due:

    a. From plaintiffs by January 1, 2005;
    b. From defendants by March 1, 2005.

3. Depositions of plaintiffs' experts will be completed by February 1, 2005.

4. Depositions of defendants' experts will be completed by April 1, 2005.

5. Dispositive motions, if any, will be filed by March 1, 2005. Any opposition to a motion for summary judgment will be filed within thirty (30) days of the motion for summary judgment.

Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Attorney Barbara Cox, and has been advised that the plaintiff have no objection to the granting of this motion.

WHEREFORE, the defendants, City of Norwich, Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury, respectfully request that their

motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

            DEFENDANTS,
            CITY OF NORWICH, POLICE
            DEPARTMENT OF THE CITY OF
            NORWICH, LOUIS J. FUSARO and MARK
            LOUNSBURY

By\_\_\_\_/s/\_Beatrice S. Jordan\_\_\_\_
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-766 (Fax)
   E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of December, 2004.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

                                                                /s/  Beatrice S. Jordan
                                             Beatrice S. Jordan