**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| | \* | |
| KRISTEN EJCHORSZT | \* | |
| | \* | |
| | \* | |
| VS. | \* | |
| | \* | |
| | \* | **CASE NUMBER:** |
| JAMES F. DAIGLE, JR.; | \* | 3: 02CV1350 (CRD) |
| LOUIS J. FUSARO, Chief of Police | \* | |
| MARK LOUNSBURY; POLICE | \* | |
| DEPARTMENT OF THE CITY OF | \* | |
| NORWICH, AND CITY OF NORWICH | \* | December 29, 2004 |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF MANUAL FILING OF EXHIBITS TO**
**OBJECTION TO MOTIONS FOR BOND**

Notice is hereby given that the plaintiff Kristen Ejchorszt manually filed

exhibits A through D of her Objection to Motions for Bond, dated December 29,

2004, for the reason that the exhibits could not easily be downloaded.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
Kristen Ejchorszt


BY:      _____
BARBARA L. COX
Fed. Bar No. Ct08523
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509
Tel:  (203) 624-4165; Fax:  (203)865-5598
Her Attorneys.

### *CERTIFICATION OF SERVICE*

This is to certify that a copy of the foregoing Notice was mailed on this date to the following counsel of record:

Beatrice S. Jordon, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303


_____
BARBARA L. COX