UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KRISTEN EJCHORSZT   :   NO.: 302CV1350 (CFD)

v.   :

JAMES F. DAIGLE, JR., ET AL   :

## AFFIDAVIT OF WARREN L. MOCEK

I, Warren Mocek, being duly sworn, depose and say that:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am currently the Deputy Chief of Police for the Norwich Police Department and have held this position since December 30, 1999.

4. On December 3, 2001, Kristen Ejchorszt, came into the police station with her father at about 3:00 p.m. and made a complaint against Lt. James Daigle to me and Chief Louis J. Fusaro.

5. On the same date, I took a statement from Ms. Ejchorszt under oath. Ms. Ejchorszt complained that Lt. Daigle had photographed her without a shirt and bra during her participation in an underage liquor sting operation.

6. Chief Fusaro immediately assigned me to perform an internal affairs investigation into the matter.

7. The following day, on December 4, 2001, I continued investigation of the matter, by obtaining background information as to who was on shift that night and who may have participated in the operation, as well as any other

officers or witnesses that may have been present and reviewing reports of the operation and overtime slips, and formulating a plan for my investigation. I also interviewed Detective Al Costa, who I learned participated in the operation.

8. Over the next two days, I continued my investigation, including calling Detectives Rankowitz and Smith back from a seminar they were attending in Rhode Island in order to interview them, contacting labor counsel, and planning future strategy.

9. On December 7, 2001, Daigle was placed on administrative leave pending the conclusion of my investigation into the allegations.

11. No search warrant was sought for Lt. Daigle's home to try to locate the digital disk from the Department's camera, as the Ejchorzsts could not provide me any information to support probable cause to believe that the disk still existed or was in fact located at Daigle's house. In addition, search warrants would only issue for contraband, or for the fruits, instrumentalities, or evidence of a crime, rather than items that are embarrassing. I explained this to Mrs. Ejchorzst on December 10, 2001.

12. At the time of the operation on November 30, 2001, Daigle had recently been promoted to Lieutenant, and was now sharing his former desk with his incoming replacement, Sgt. Bakoulis. Sgt. Bakoulis and Daigle were also sharing, during that week, the computer and files which Daigle alone had been using. I had no reason to believe that Daigle would keep semi-nude photos or a disk containing such photos in a desk he was now sharing with another

supervisor. In addition, Sgt. Bakoulis advised me that there were no such photos or disks in the desk.

13. On December 7, 2001, Chief Fusaro received a phone call from Mr. Ejchorzst, Kristen's father, who now stated that the officers had drunk beer during the operation. Ms. Ejchorzst subsequently provided me a statement to this effect on December 21, 2001, after negotiations with her attorney.

14. I continued to investigate the matter until its conclusion and the preparation of my report which took approximately six months. This matter was fully investigated, and based upon the results of my investigation, Lt. Daigle was demoted and discharged from the Department.

15. In my opinion, Daigle's photography of Ms. Ejchorzst violated not only Department policy, but public policy and common sense as well.

16. As part of my investigation, I reviewed Lt. Daigle's training file. In addition to other training, on at least the dates of May 27, 1993 and June 1, 1999 Lt. Daigle received sexual harassment training. Training for the underage drinking operations was provided by the State Liquor Commission on January 24, 2001 and April 20, 2001. Daigle also received prisoner transport training on at least April 29, 1991 and September 26, 2001.

17. The sole policy making authority for the Norwich Police Department is the Chief of Police.

Dated at Norwich, Connecticut, this 23 day of February, 2005.



Warren L. Mocek

STATE OF CONNECTICUT         )
                             ) ss:  Norwich
COUNTY OF NEW LONDON         )

Subscribed and sworn to before me this 23rd day of February, 2005.

                                             ██████████████████
Notary Public
My commission expires:

4