UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN EJCHORSZT | NO.: 302CV1350 (CFD) |
| v. | |
| JAMES F. DAIGLE, JR., ET AL | |

## AFFIDAVIT OF LOUIS J. FUSARO

I, Louis J. Fusaro, being duly sworn, depose and say that:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am currently the Chief of Police for the Norwich Police Department and have held this position since June 1997.

4. On December 3, 2001, Kristen Ejchorszt, came into the police station with her father at about 3:00 p.m. and made a complaint against Lt. James Daigle to me and Deputy Chief Warren L. Mocek.

5. I immediately assigned Deputy Chief Mocek to perform an internal affairs investigation into the matter.

6. On December 7, 2001, I put Daigle on administrative leave pending the results of the investigation into the allegations.

7. On December 7, 2001, I received a phone call from Mr. Ejchorzst, Kristen's father, that the officers had drunk beer during the operation. Ms. Ejchorzst subsequently provided a statement to this effect on December 21, 2001.

8. This matter was fully investigated, and based upon the investigation into Daigle's actions, Lt. Daigle was demoted to Sergeant and discharged from the Department.

9. Prior to Ms. Ejchorszt's complaint on December 3, 2001, I did not know, and had no reason to know that Lt. Daigle had taken nude or semi-nude photographs of underage liquor operatives.

10. The sole policy making authority for the Norwich Police Department is the Chief of Police.

Dated at Norwich, Connecticut, this 23 day of February, 2005.



Louis J. Fusaro

STATE OF CONNECTICUT        )
                            ) ss: Norwich
COUNTY OF NEW LONDON        )

Subscribed and sworn to before me this 23rd day of February, 2005.



Notary Public
My commission expires: