

# City of Norwich
## Connecticut
## Police Department

Case#

Date 12/13/01

Time started 11:20am

Time ended

Statement of        Mark Lounsbury

I,            Mark Lounsbury                    date of birth 03/13/61

Of            Norwich Police Department, 70 Thames Street, Norwich, CT

Make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On Friday, November 30, 2001, sometime during the day, Lt. Daigle was talking about doing a liquor sales compliance operation that night. I told him that I had worked enough overtime that week--I wanted some family time--so I didn't want to go, but he kept coaxing, "It'll be easy money," so I finally said yes. During the early evening, I was cleaning out my old desk, and moving into my new one at the Crime Prevention spot, and doing a number of other things. Sometime around 6pm, I noticed the girl (Kristin) sitting in the chair at Lt. Daigle's desk. I recognized her and said "Hi," with some small talk. I went back to my desk and continued to work.

I happened to look up, and saw her sitting near Daigle's desk alone. Daigle came back, and was talking with Kristen, then he told me to make a list of stores. I stopped what I was doing and started on the list. While I was getting the list together, Daigle told me that we had to get going, and to "Go and get Al [Costa]". While he said that, he and Kristen were heading out of the office towards the conference room hallway. I was maybe 10 feet behind them. My impression is that he was going to wire the girl in the conference room, but I don't recall anything being done or said specifically. I went into the Juvenile office and told Al Costa, who was on the telephone, that the Lt. wanted him in the briefing room. He made some comment like "What for'" and I said, "We gotta get going." I left Juvenile and went back to my desk. Al was still on the telephone as I left his room.

I went back to my desk and completed the list of liquor establishments, and printed it out on the office printer. I took that to the hall copy machine and made copies. I came back in the office, and noted Kristen and Daigle standing in the Narcotics cubicle. I stapled up the pages of the list, went over to Narcotics, and showed Daigle the list. I think Rankowitz was there with Daigle. They were

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____        Signed▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Personally appeared the signer of the forgoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here _J/C_ ▇▇▇▇▇▇▇▇▇▇▇▇_____        This _13th_ day of _Dec_ ,
2001



# City of Norwich
## Connecticut
## Police Department

Case#

Date 12/13/01

Time started 11:20am
Time ended

Statement of        Mark Lounsbury

I,            Mark Lounsbury                          date of birth 03/13/61
Of            Norwich Police Department, 70 Thames Street, Norwich, CT
Make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

fumbling with the transmitter, which I saw on Kristen's back at the small of her back, tucked in at her waistline. I went back to my desk, and saw the digital camera with a couple of disks near it on top of the filing cabinet near Daigle's desk. I had been assigned as case officer, so I wanted to get the disk with the pre- photos on it so it would not get lost. There was a blank disk in the camera. I took another disk and put it in, and it was blank also. As I was putting the third disk into the camera, Daigle made some comment about "Needing to take her picture again, it didn't come out," or something like that. While he was talking, I looked at the third disk--it was blank--so I gave him the camera. I didn't see him take her pictures, but Daigle later gave me a labeled disk with Kristen's photos and one of her ID on it.

I gave the list to Al, who numbered the stores in the order in which we were to go to them. Lt. Daigle assigned me to the van with him, and Kristen; and he assigned Al Costa, Smith, and Dolan to an unmarked car. At some point prior to this, I told Al that I was going to pick up some beer for myself after work, because I had none at home and hadn't planned on working. Al gave me $7 and asked me to get him a six-pack of Coors Lite.

We left the station, went to the Dairy Queen drive-thru (I didn't get anything) and then to the first store at Yantic Street. Then we went to the Falls Spirit Shop across from Indian Leap Café. Before Kristen went in, I entered the package store, and bought a six pack of Coors Lite for Al, and a 12-pack of Michelobe for myself. I went back to the van, and put the beer on the floor right behind the driver's seat. Kristen was sitting behind Daigle, who was in the front passenger seat.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____        Signed:▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Personally appeared the signer of the forgoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here_D/C▓▓▓▓▓▓▓▓▓▓▓____This_13th_day of_Dec___,
2001



# City of Norwich
## Connecticut
## Police Department

Case#

Date 12/13/01

Time started 11:20am

Time ended

Statement of     Mark Lounsbury

I,          Mark Lounsbury                              date of birth 03/13/61
Of          Norwich Police Department, 70 Thames Street, Norwich, CT
Make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Kristen then went into the Falls Spirit Shop, and came back out. We went to Universal Package Store, she went in and came out. While we were heading to the Wine Rack on West Thames, Lt. Daigle spoke with HQ about a car-jacking incident. He then called Al and told him to drop Dolan at HQ so he could go to the hospital and investigate the car jacking case. I parked across the street from the Wine Rack, waiting for Al. Lt. Daigle was talking to Kristen about her work, school, etc. At some point, he said to her, "Do you drink beer?" She said she didn't; that it tasted awful; she just drank mixed drinks. Daigle said either "You don't want a beer," or, "So, you don't want a beer?" I spoke up and told Daigle "She said she doesn't like beer, she just drinks mixed drinks."

Lt. Daigle handed me one of Al's Coors Lites, saying, "You want a beer?" I told him "That's Al's beer" and gave it back to him. Daigle took the Michelobe pack out, and undid the package. I pulled a beer out, opened it, and drank it. Lt. Daigle also drank one beer--I believe it was one of Al's Coors.

Al eventually showed up, and we did the Wine Rack. After that, I drove over to Charles Toyota where Al was, and pulled up alongside of his car. Daigle handed me one of Al's Coors, saying "Here Al." I handed it to Al. Al said, "What am I going to do with this?" I don't remember what Daigle replied. He then asked Smith if he wanted a beer, and Smith said no, that he had quit drinking.

After that, we finished up the operation, going to the rest of the locations on the list. We went to the Backus Hospital, because Lt. Daigle wanted to check on Dolan and his investigation. He and I went in while Kristen stayed in the van. We then came back to HQ, in the lower lot, where I put all of the beer in my truck. I parked the van, and we all came upstairs into the office. I got the keys to an unmarked, a notebook, and went back to Backus Hospital to help Dolan with the car jacking investigation.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____     Signed~~Mar~~_____

Personally appeared the signer of the forgoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here~~D/C~~_____This 13th day of Dec,
2001



# City of Norwich
### Connecticut
### Police Department

Case#

Date 12/13/01

Time started 11:20am

Time ended *12:55p*

Statement of          Mark Lounsbury

I,          Mark Lounsbury                          date of birth 03/13/61

Of          Norwich Police Department, 70 Thames Street, Norwich, CT

Make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I came back to the station around 11pm or a little after. Lt. Daigle was there, Kristen was gone. Al was there, and I told him his beer was in my truck. He asked me to meet him in the top lot, so I did, and gave him his Coors, and a couple bottles of Michelobe. Then I went home.

I later told my Sergeant (Bakoulis) what had happened. He advised Lt. Ward, who I also told, and at that point, we contacted the Deputy Chief. I have given this statement freely, and have declined the offer of having a union representative present.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____          Signed _____

Personally appeared the signer of the forgoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here_____ This 13th day of Dec,
2001