

11-15-2002
Connecticut
DRIVER'S LICENSE
http://dmvct.org
LICENSE NO
CLASS
EXPIRES
2
11-15-2007
EJCHORSZT, KRISTEN, M
3 HAZELWOOD DR
SPRAGUE
CT
06330
DOB
11-15-1981
SEX
F
HGT
5-05
ISSUED
11-13-2001
EYES
BRO
ENDORS
RESTR
2001/11/30

#2

#3



#4