UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | CIVIL ACTION |
| | | NO. 3:02 CV1350 (CFD) |
| V. | : | |
| JAMES F. DAIGLE, JR., LOUIS J. FUSARO, MARK LOUNSBURY, POLICE DEPT. OF THE CITY OF NORWICH, AND CITY OF NORWICH | : | MARCH 3, 2005 |

## MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC

The undersigned, on behalf of the defendant, James F. Daigle, Jr., respectfully requests this Court for an enlargement of time, *nunc pro tunc*, from March 1, 2005, to and including May 1, 2005, in which to file dispositive motions in this matter. This is this defendant's first such request for an enlargement of time. In support of this Motion, the defendant submits the following:

On December 23, 2004, the Court issued an Order in response to defendants' Motion to Modify the Scheduling Order in this case. As such, the Court issued new scheduling deadlines for discovery to be completed by April 1, 2005 and dispositive motions to be filed by March 1, 2005. The undersigned counsel is still in the process of conducting discovery and therefore, requests an additional thirty days after the discovery deadline of April 1, 2005 to May 1, 2005 in which to file dispositive motions.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

Plaintiff's counsel, Attorney Barbara Cox, could not be contacted in order to ascertain her position relating to this request for enlargement of time as she is out of her office this week.

THE DEFENDANT:
JAMES F. DAIGLE, JR.


By _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 3rd day of March, 2005, I hereby mailed a copy of the foregoing to:

Attorney Barbara L. Cox
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Attorney Beatrice Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Charles K. Norris Esquire
Gordon Chinigo Leone
Maruzo & Basilica
141 Broadway
Norwich, CT  06360

_____
Eric P. Daigle

658594_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105