UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KRISTEN EJCHORSZT

VS.

JAMES F. DAIGLE, JR.;
LOUIS J. FUSARO, Chief of Police
MARK LOUNSBURY; POLICE
DEPARTMENT OF THE CITY OF
NORWICH, AND CITY OF NORWICH

**CASE NUMBER:**
3: 02CV1350 (CRD)

MARCH 22, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *AFFIDAVIT OF COUNSEL*

Barbara L. Cox, Esquire, being duly sworn, deposes and says:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I am counsel of record in the above-referenced matter, and I make this affidavit based on my personal knowledge and belief.

3. I make this affidavit in support of a motion for continuance of summary judgment proceedings pursuant to F.R. Civ. P. 56(f).

1

4.  Because of the press of other litigation matters, in particular, the defense of a civil RICO case, currently pending in this court, I have been unable to conduct discovery of the defendants, necessary to obtain information to be used in opposition to defendants' motion for summary judgment.

THE AFFIANT,

_____    BARBARA L. COX

Subscribed and sworn to before me this 22nd day of March, 2005.

_____

## *CERTIFICATION OF SERVICE*

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to the following counsel of record:

Melinda A. Powell, Esq.
Beatrice S. Jordon, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
BARBARA L. COX