UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| | : | |
| v. | : | |
| | : | |
| JAMES F. DAIGLE, JR., ET AL | : | MARCH 29, 2005 |

**OPPOSITION TO PLAINTIFF'S MOTION TO CONDUCT DISCOVERY TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff filed this case by way of Complaint dated July 15, 2002. These defendants timely removed the case to this Court on August 6, 2002 (Doc. #1). Thereafter, several stays were entered due to the bankruptcy and liquidation of defendants' insurer, Legion Insurance Company. (See, Doc. # 11, 14, 20, several endorsement orders, and Doc # 25, 36-39). The Rule 26f Report was filed on May 21, 2004, and called for discovery to be completed by January 31, 2005. (Doc. #41, #44). Defendants filed a motion for modification to extend fact witness discovery until February 15, 2005, dispositive motions until March 1, 2005 and completion of defendant's experts depositions by April 1, 2005 (Doc. #52), which the Court granted. (Doc. #53).

Thereafter, on February 28, 2005, defendants City of Norwich, Fusaro and Lounsbury timely filed their motion for summary judgment. Plaintiff's opposition was

due on March 21, 2005.  On or about March 22, 2005, the undersigned received a call from Atty. Cox asking for an extension to respond to defendants' summary judgment motion.  The undersigned advised she did not object to an extension.  However, Atty. Cox did not advise the undersigned that she wanted to now conduct discovery, after the deadline for discovery had passed, and after the summary judgment motion had been filed. See **Exhibit A**, Letter to Attorney Cox dated March 24, 2005.  On March 24, 2005, the undersigned received the ECF notice that plaintiff was now seeking to conduct discovery.   Although the ECF copy of the motion certifies it was mailed to counsel (there is no date of mailing specified), the undersigned has not received a copy in the mail.  Nowhere in the motion or affidavit does it state that Attorney Cox spoke with opposing counsel as to their position on the motion, in violation of Local Rule 9.

      Plaintiff should not now be permitted to conduct discovery against these defendants.  Scheduling orders are entered for a purpose: the orderly administration of the case.  Plaintiff has presented no just cause for failing to serve or seek any discovery from these defendants, for failing to file a motion to extend the discovery deadline prior to it passing.  Instead, she waited until about the day her opposition to summary judgment was due to decide to conduct discovery.  This Court should not condone such practice.  Defendants have fulfilled all their obligations under the scheduling order.

Therefore, plaintiff's motion to conduct discovery should be denied.

                                    DEFENDANTS,
                                    CITY OF NORWICH, POLICE
                                    DEPARTMENT OF THE CITY OF
                                    NORWICH, LOUIS J. FUSARO and MARK
                                    LOUNSBURY


                                  By____/s/ Melinda A. Powell_____
                                    Melinda A. Powell
                                    ct17049
                                    Beatrice S. Jordan
                                    ct22001
                                    Howd & Ludorf, LLC
                                    65 Wethersfield Avenue
                                    Hartford, CT  06114
                                    (860) 249-1361
                                    (860) 249-766 (Fax)
                                    E-Mail:  mpowell@hl-law.com
                                    E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via fax and U.S. Mail to the following counsel of record this 29th day of March, 2005.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

　　　　　　　　　　　　　　　　　　　　 /s/ Melinda A. Powell 　　　
　　　　　　　　　　　　　　　　　　　Melinda A. Powell

# HOWD & LUDORF, LLC

ATTORNEYS AT LAW

**65 WETHERSFIELD AVENUE**
**HARTFORD, CT 06114-1190**
(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

mpowell@hl-law.com

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◇
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◇
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III
MARTHA A. SHAW*

MELANIE A. DILLON
*MAGDALENA P. CAPASSO
CHRISTOPHER J. PICARD
JASON E. INDOMENICO
ALAN R. DEMBICZAK
◇DAVID W. COLWICK
CHRISTY H. DOYLE
KEVIN M. TIGHE
◇¤ROBIN B. KALLOR
JEFFREY E. POTTER
KRISTAN M. MACCINI

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◇ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS
¤ ALSO ADMITTED IN NEW JERSEY

March 24, 2005

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Re:   Kristen Ejchorszt v. James F. Daigle, Jr., et al
      H&L File No.:  110-14250

Dear Attorney Cox:

    I received today via the electronic filing system a copy of your motion for continuance to respond to my summary judgment motion and to conduct discovery.

    When we spoke on the phone a couple of days ago, you said you needed more time to respond to the summary judgment motion and I advised you to take as much time as you needed.  However, I **did not** agree that you could now conduct discovery, since that deadline has passed.  This case was filed on July 15, 2002, and as such, you have had ample time to conduct discovery.  If you sought an extension to conduct discovery, you should have told me so on the phone, and I would have advised you I objected.

    Therefore, I will oppose your Motion for Continuance to conduct discovery, but not to file an opposition brief.

Very truly yours,

*Melinda A. Powell*

Melinda A. Powell

MAP/rmg
cc: Eric Daigle, Esq.

Exhibit A

# HOWD & LUDORF

65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361 - Office
(860) 249-7665 - Facsimile

FAX TO: _203-865-5598_

DATE: March 24, 2005

TO: _Barbara Cox_

FROM: _Melinda Powell_

Number of Pages: _2_ (including cover page)

Original(s) to follow in mail (No) Yes — _Fax only_

*************************************************************************************

This is a privileged, confidential document. If you have received it in error, do not copy it or disseminate it or the information in it. Please call **Roxanne** at 860 249-1361 collect to arrange for its destruction or return. Thank you.

HP Fax Series 900
Plain Paper F......

Fax History Report for

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Re.. |

black and white fax

Exhibit A