# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
***********************************
KRISTEN EJCHORSZT                    *
                                     *
                                     *
VS.                                  *
                                     *
                                     *           CASE NUMBER: 3: 02CV1350(CFD)
JAMES F. DAIGLE, JR.;                *
LOUIS J. FUSARO, Chief of Police     *
MARK LOUNSBURY; POLICE               *
DEPARTMENT OF THE CITY OF            *
NORWICH, AND CITY OF NORWICH         *           Tuesday, August 2, 2005
***********************************
```

## MOTION FOR PERMISSION TO SERVE MORE THAN TWENTY-FIVE INTERROGATORIES

The plaintiff, Kristen Ejchorszt, respectfully moves, for permission to serve more than 25 interrogatories to the defendants. Although only 16 interrogatories are propounded, the interrogatories have subparts, primarily seeking the name, home address, business address, and badge numbers of witnesses, all necessary information to plaintiff's case. The interrogatories are attached hereto as Exhibit A.

        Respectfully Submitted,
        THE PLAINTIFF,
        KRISTEN EJCHORSZT

By:    _____
       Barbara L. Cox
       Fed. Bar No. Ct08523
       Gallagher & Calistro
       1377 Boulevard, P.O. Box 1925
       New Haven, CT 06509
       (203) 624-4165
       Her Attorney

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Motion To Serve More Than Twenty-five Interrogatories was mailed on this date to the following:

Beatrice S. Jordon, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
Barbara L. Cox