UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KRISTEN EJCHORSZT

VS.

JAMES F. DAIGLE, JR.;
LOUIS J. FUSARO, Chief of Police
MARK LOUNSBURY; POLICE
DEPARTMENT OF THE CITY OF
NORWICH, AND CITY OF NORWICH

CASE NUMBER:
3: 02CV1350 (CRD)

AUGUST 1, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*MOTION TO MODIFY SCHEDULING ORDER*

The plaintiff, Kristen Ejchorszt, respectfully moves, for modification of the scheduling order in the above referenced matter, for the reason that the undersigned counsels trial schedule, in conjunction with other litigation matters, has made it impossible to comply with the deadlines in the original scheduling order.

1. **Brief history of the case**.

Action commenced in Connecticut Superior Court, July 29, 2002, return date September 10, 2002, the 12-count complaint alleging 11 causes of action based on state law and one claim pursuant to 42 U.S.C § 1983. Defendants removed to federal court August 6, 2002. Stay entered September 11, 2002, extended through January 31,

2004, based on insurer's insolvency. Joint rule 26 (f) report filed on or about May 19, 2004.

Plaintiff has provided answers to defendant's interrogatories and submitted to deposition. Defendants Fusaro, Norwich and Lounsbury ("Norwich defendants"), motion for summary judgment dated February 28, 2005. Plaintiff's motion for continuance pursuant to F.R. Civ. P. 56(f), filed on or shortly after March 22, 2005.  The Norwich defendants have so far resisted responding to plaintiff's interogatories.

2. **Relief requested.**

Plaintiff requests relief of the scheduling order as follows:

a.  Discovery, including written discovery and depositions to be completed by October 31, 2005.

b.  damage analysis provided by September 10, 2005.

3. **Reason for request modification of deadlines**.

The primary reason for the requested modification is the undersigned counsel's inability to comply with the current scheduling order, due to the demands of other litigation matters, particularly a civil RICO matter, which was tried in May-June 2005 before the Honorable Alfred V. Covello, U.S.D.J. and which occupied most of counsel's time this year.

4. **Consent of opposing counsel**.

The undersigned counsel has inquired of Attorney Beatrice Jordan, counsel

for Norwich defendants, and Attorney Eric Daigle, counsel for defendant James Daigle, but as of the preparation of this motion, has not received a response indicating their position on the relief requested by this motion.

WHEREFORE, for all the foregoing reasons, plaintiff requests that the deadlines for completion of discovery and damage analysis be modified.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
Kristen Ejchorszt


BY: _____
BARBARA L. COX
Fed. Bar No. Ct08523
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509
Tel:  (203) 624-4165; Fax:  (203)865-5598
Her Attorneys.

## *CERTIFICATION OF SERVICE*

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to the following counsel of record:

Beatrice S. Jordon, Esq.
Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
BARBARA L. COX