**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

************************************************
                              *

KRISTEN EJCHORSZT         *

                              *

VS.                         *

                              *    **CASE NUMBER:**

JAMES F. DAIGLE, JR.;     *    3: 02CV1350 (CRD)
LOUIS J. FUSARO, Chief of Police  *
MARK LOUNSBURY; POLICE    *
DEPARTMENT OF THE CITY OF   *
NORWICH, AND CITY OF NORWICH *      AUGUST 1, 2005
                              *

************************************************

### *SECOND MOTION FOR CONTINUANCE TO RESPOND*
### *TO MOTION FOR SUMMARY JUDGMENT*
### *AND TO REVISE SCHEDULING ORDER*

The plaintiff, Kristen Ejchorszt, respectfully moves, pursuant to F.R. Civ. P. 56(f), for a continuance of summary judgment proceedings in order to conduct discovery necessary to oppose summary judgment.

Because of the press of other federal court litigation matters, the undersigned counsel has been unable to obtain discovery from the defendants, necessary to oppose the motion for summary judgment. The plaintiff has filed herewith motions to extend discovery deadlines and for permission to serve additional interrogatories necessary to discovery in this matter.

1

Additional discovery is needed from the defendants in order to obtain evidence of certain facts necessary to demonstrate that summary judgment is not appropriate in this matter. The Norwich defendants have resisted providing answers to interrogatories.

WHEREFORE, the plaintiff requests a continuance to November 15, 2005, in order to obtain fact discovery from the defendants in order to present an opposition to defendants' motion for summary judgment.


RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
Kristen Ejchorszt


BY:              _____
                 BARBARA L. COX
                 Fed. Bar No. Ct08523
                 The Gallagher Law Firm
                 1377 Boulevard, P.O. Box 1925
                 New Haven, CT 06509
                 Tel:  (203) 624-4165; Fax:  (203)865-5598
                 Her Attorneys.

2

***CERTIFICATION OF SERVICE***

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to the following counsel of record:

Melinda A. Powell, Esq.
Beatrice S. Jordon, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
BARBARA L. COX