UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT, | : | |
|     Plaintiff | : | |
| | : | Civil Action No. 3:02 CV 1350 (CFD) |
| v. | : | |
| | : | |
| JAMES F. DAIGLE, JR., et al | : | |
|     Defendants | : | |

## RULING ON PENDING MOTIONS

    Plaintiff Kristen Ejchorszt has filed motions requesting permission to serve more than 25 interrogatories in this case, to modify the scheduling order, and to extend the discovery period and respond to the defendants' pending motion for summary motions. The Court finds that the plaintiff has shown good cause for those requests and GRANTS those motions [Docs. # 68, 69, 70]. The plaintiff's fact discovery period correspondingly is extended until November 15, 2005.

    The Court also DENIES defendants' motion for summary judgment [Doc. #56], without prejudice to refiling after the close of discovery on November 15, 2005.

    So ordered this ____2nd____ day of September 2005 at Hartford, Connecticut.


                                              ____/s/ CFD_____
                                              **CHRISTOPHER F. DRONEY**
                                              **UNITED STATES DISTRICT JUDGE**