UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1350 (CFD) |
| VS. | : | |
| | : | |
| JAMES F. DAIGLE, JR., ET AL. | : | |
| Defendants | : | AUGUST 31, 2005 |

## MOTION TO WITHDRAW APPEARANCE

    Pursuant to D. Conn. L. Civ. R. 7(e), attorney James M. Sconzo respectfully moves to withdraw his appearance on behalf of the defendant James F. Daigle, Jr., in the above-captioned matter as the undersigned is no longer engaged in the practice of law with the law firm of Halloran & Sage, LLP. Mr. Daigle will continue to be represented by Eric P. Daigle of Halloran & Sage LLP, whose appearance is already in the Court's file.

    WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

DEFENDANT:
JAMES F. DAIGLE, JR.

BY: _____
      James M. Sconzo (ct 04571)
      JORDEN BURT LLP
      406 Farmington Ave., Suite 2006
      Farmington, Connecticut 06032
      Tel: (860) 676-7715
      Fax: (860) 676-7732

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent via first class mail, postage prepaid, this ~~31st~~ 2nd day of ~~August,~~ September 2005, to the following:

Barbara L. Cox
The Gallagher Law Firm
1377 Boulevard, PO Box 1925
New Haven, CT 06509-1925

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Beatrice S. Jordan
Melinda A. Powell
Thomas R. Gerarde
Howd & Ludorf
65 Wethersifeld Avenue
Hartford, CT 06114-1190

BY: _____
James M. Sconzo