UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | CIVIL ACTION<br>NO. 3:02 CV1350 (CFD) |
| V. | : | |
| JAMES F. DAIGLE, JR., LOUIS J. FUSARO,<br>MARK LOUNSBURY, POLICE DEPT. OF<br>THE CITY OF NORWICH, AND THE CITY OF<br>NORWICH | : | SEPEMBER 12, 2005 |

## APPEARANCE

Clerk:

    Please enter my Appearance as counsel for the defendant James F. Daigle, Jr. in the above-captioned case.

    Dated at Hartford, Connecticut on this 12th day of September 2005.

DEFENDANT,
JAMES F. DAIGLE, JR.

By    /S/
   Christine P. Plourde
   HALLORAN & SAGE LLP
   Fed. Bar #ct26643
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103
   cplourde@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12298.0025

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 12th day of September 2005, I hereby mailed a copy of the foregoing Objection to:

Attorney Barbara L. Cox
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Attorney Beatrice Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Charles K. Norris Esquire
Gordon Chinigo Leone
Maruzo & Basilica
141 Broadway
Norwich, CT 06360

                                            /S/
                                     Christine P. Plourde

730942v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105