UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRISTEN EJCHORSZT : CIVIL ACTION
NO. 3:02 CV1350 (CFD)

V. :

JAMES F. DAIGLE, JR., LOUIS J. FUSARO,
MARK LOUNSBURY, POLICE DEPT. OF
THE CITY OF NORWICH, AND THE CITY OF
NORWICH : SEPTEMBER 13, 2005

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE DATE

The defendant, James F. Daigle, Jr., respectfully requests that the Court

continue the Settlement Conference in this case, currently scheduled for September 21,

2005 at 10:00 a.m. The defendant requests this continuance as a result of the fact that,

at the request of the plaintiff, the Court (Droney, J.) recently extended the deadline for

fact discovery until November 15, 2005. Moreover, both defense counsel and the

defendant are not available on September 21, 2005 due to previously scheduled

commitments. Therefore, the defendant requests that the Settlement Conference date

be continued until a date after this deadline for discovery.

WHEREFORE, the defendant, James F. Daigle, Jr., respectfully requests that

this court extend the previously scheduled Settlement Conference date until after

November 15, 2005, the deadline date for fact discovery in this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12298.0025

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT,
JAMES F. DAIGLE, JR.


By _____
Christine P. Plourde
HALLORAN & SAGE LLP
Fed. Bar #ct26643
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
cplourde@halloran-sage.com


## CERTIFICATION

This is to certify that on this 13TH day of September, 2005, I hereby mailed a copy of the foregoing to:

Barbara L. Cox, Esq.
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Beatrice Jordan, Esq.
Thomas Gerarde, Esq.
Melinda Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles K. Norris Esq.
Gordon Chinigo Leone
Maruzo & Basilica
141 Broadway
Norwich, CT  06360


_____
Christine P. Plourde

730891_1.DOC

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105