UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| v. | : | |
| JAMES F. DAIGLE, JR., ET AL | : | NOVEMBER 7, 2005 |

## <u>MOTION FOR PROTECTIVE ORDER</u>

The defendants, City of Norwich, Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury, in the above entitled action do hereby move, pursuant to Rule 26 of Federal Rules of Civil Procedure, for an Order governing the conduct of discovery in this matter, and represents the following in support thereof:

1.     The plaintiff has demanded the production of numerous, highly sensitive and confidential documents, including, but not limited to, an entire history of civilian complaints, in addition to Internal Affairs investigation documents.

2.     The parties have attempted to enter into a stipulated protective order with regard to the plaintiff's production requests, but were unable to reach an agreement as to the parameters of the same.

3.     The defendants have filed objections to the plaintiff's interrogatories and production requests.  However, in an effort to compromise and comply with said

ORAL ARGUMENT IS REQUESTED

discovery requests, the defendants seek a protective order with regard to the materials to be produced.

4.      The defendants do not waive their previous objections to the disclosure of certain materials requested by the plaintiff, but seek this order protecting the disclosure of whatever information and documentation may be made during the entire course of discovery.

5.      Specifically, the defendants request that an Order enter governing the conduct of discovery as follows:

(a)     Documents and information exchanged in discovery between the parties shall be limited to the parties, retained experts, counsel of record and their respective employees designated to assist counsel in this litigation, including legal secretaries and/or contracted paralegals;

(b)     Defendants may redact social security numbers, as well as the personal address and phone number, of any police force personnel, set forth in any documents produced;

(c)     Within sixty days after the completion of this litigation, the plaintiff shall destroy all documents (and copies thereof) received in discovery.   Thereafter, counsel for the plaintiff shall promptly serve on defense counsel an "affidavit of destruction," attesting that he and his client have complied with this provision; and

(d)     Documents and information exchanged shall be used only for purposes of the instant litigation.  The parties may seek sanctions for the intentional failure to comply with this order pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37 of the District of Connecticut Local Rules of Civil Procedure.

WHEREFORE, the defendants request that the Court enter an order of protection in accordance with the above conditions based on the sensitivity and confidential nature of the discovery in this matter.

DEFENDANTS,
CITY OF NORWICH, POLICE
DEPARTMENT OF THE CITY OF
NORWICH, LOUIS J. FUSARO and MARK
LOUNSBURY

By_____/s/_Beatrice S. Jordan____ _
      Beatrice S. Jordan
      ct22001
      Howd & Ludorf, LLC
      65 Wethersfield Avenue
      Hartford, CT  06114
      (860) 249-1361
      (860) 249-766 (Fax)
      E-Mail:  bjordan@hl-law.com

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 7th day of November, 2005.


Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303


_____ /s/  Beatrice S. Jordan_ __
Beatrice S. Jordan