Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| v. | : | |
| JAMES F. DAIGLE, JR., ET AL | : | DECEMBER 2, 2005 |

## CERTIFICATE OF GOOD FAITH

This is to certify that the defendants, City of Norwich, Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury, have conferred in good faith with the plaintiff in an effort to agree upon and stipulate to the terms of their Motion for Protective Order [Doc. # 82] dated November 7, 2005.

                      DEFENDANTS,
                      CITY OF NORWICH, POLICE
                      DEPARTMENT OF THE CITY OF
                      NORWICH, LOUIS J. FUSARO and MARK
                      LOUNSBURY

By *(signature)*
Beatrice S. Jordan
ct22001
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-766 (Fax)
E-Mail: bjordan@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 2nd day of December, 2005.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT 06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

Beatrice S. Jordan

2