Exhibit B

**Beatrice S. Jordan**

**From:** Beatrice S. Jordan
**Sent:** Friday, October 14, 2005 11:33 AM
**To:** 'bcox@gallagher-lawfirm.com'
**Subject:** Ejchorszt v Daigle, et al

Re:   Kristen Ejchorszt v. James F. Daigle, Jr., et al
      H&L File No.: 110-14250

Dear Barbara:

As we discussed, attached please find the proposed Stipulated Protective Order. As I indicated, my concern is the dissemination of the materials to be disclosed in light of their highly sensitive nature, as well as the privacy issues and confidential nature of the materials involved. Kindly advise as to whether you are agreeable to the order as soon as practicable.


Stipulated
Protective Order (b..

Sincerely,

Beatrice S. Jordan
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
bjordan@hl-law.com
(860) 249-1361
(860) 249-7655 (System Fax)
(860) 522-9549 (1st Floor Fax)

The information contained in this message is confidential and privileged information from the law firm of Howd & Ludorf. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.

1