Exhibit C

**Beatrice S. Jordan**

| | |
|---|---|
| From: | Barbara L. Cox [bcox@gallagher-lawfirm.com] |
| Sent: | Friday, October 14, 2005 1:11 PM |
| To: | Beatrice S. Jordan |
| Subject: | Re: Ejchorszt v Daigle, et al |

Beatrice:
Please send me this document in Word so that I can propose changes.

Some comments: In general, I find defendants' concerns about their privacy (the ONLY concern that is expressed in this proposed protective order) to be highly ironic, considering defendants' utter disregard of plaintiff's privacy, particularly by allowing Daigle access to his desk and computer after Kristin Ejchorszt complained, so that he could potentially disseminate pictures of the plaintiff's breasts on the internet.

RE para. (a): we need to add independent contractors (such as contract paralegals) and experts;

Re para. (b) 1. "information privileged by statute" needs to be more specifically delineated. 2. We cannot agree that defendant can redact police force personnel telephone numbers and addresses; would hinder our ability to subpoena witnesses or conduct discovery/investigation.

RE para. (c) If there is to be mandatory destruction of documents produced in discovery, then it must apply to defendants, as well as plaintiff AND there must be some kind of demand for destruction, to avoid unintentional noncompliance. Further, there must be a requirement that your client has deleted any photos of the plaintiff on its computers, cameras, or in its files and so certified to us.

Re para (d) 1. "improper use" too vague. 2. any sanction must attach only to an intentional violation.


Barbara L. Cox, Esq.
The Gallagher Law Firm
1377 Ella T. Grasso Blvd.
P.O Box 1925
New Haven, CT 06509-1925
Telephone: 203-624-4165
Facsimile: 203-865-5598
email: bcox@gallagher-lawfirm.com

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) is from the Gallagher Law Firm and may contain confidential information, protected by the attorney-client and/or attorney work product privileges. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of any information in this transmission, or the taking of any action in reliance on the contents of this transmission, is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of this transmission. Thank you.
----- Original Message -----
From: "Beatrice S. Jordan" <bjordan@hl-law.com>
To: <bcox@gallagher-lawfirm.com>
Sent: Friday, October 14, 2005 11:32 AM
Subject: Ejchorszt v Daigle, et al

1

Re: Kristen Ejchorszt v. James F. Daigle, Jr., et al
H&L File No.: 110-14250

Dear Barbara:

As we discussed, attached please find the proposed Stipulated Protective Order. As I indicated, my concern is the dissemination of the materials to be disclosed in light of their highly sensitive nature, as well as the privacy issues and confidential nature of the materials involved. Kindly advise as to whether you are agreeable to the order as soon as practicable.

<<Stipulated Protective Order (bsj).pdf>>

Sincerely,

Beatrice S. Jordan
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
bjordan@hl-law.com
(860) 249-1361
(860) 249-7655 (System Fax)
(860) 522-9549 (1st Floor Fax)

The information contained in this message is confidential and privileged information from the law firm of Howd & Ludorf. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.

2