UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| v. | : | |
| JAMES F. DAIGLE, JR., ET AL | : | JANUARY 13, 2006 |

**MOTION TO REFILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's Ruling on Pending Motions [Doc. 77] dated September 2, 2005, the defendants hereby move to refile the attached Motion for Summary Judgment.

By way of background, on September 2, 2005, the Court denied the defendants' Motion for Summary Judgment without prejudice to the refiling of the same upon the close of discovery in this matter so as to afford the plaintiff the opportunity to complete discovery which she had not undertaken prior to expiration of the original discovery deadline. Pursuant to the Court's Order, the plaintiff's fact discovery period was extended to November 15, 2005. Thus, the defendants were directed that they may refile their motion for summary judgment subsequent to the lapse of discovery on November 15, 2005.

While various discovery motions are presently pending before the Court, namely the defendants' Motion for Protective Order [Doc. 82], the Plaintiff's Objection

ORAL ARGUMENT IS REQUESTED

to the Motion for Protective Order [Doc. 84], and the defendants' Reply to the Objection to the Protective Order [Doc. 85], the defendants seek permission to refile their summary judgment motion pursuant to the Court's September 2, 2005 Order so as to preserve their rights with regard to the same.

WHEREFORE, the defendants respectfully request that the Court grant their Motion to Refile the attached Motion for Summary Judgment at this time.

> DEFENDANTS,
> CITY OF NORWICH, POLICE
> DEPARTMENT OF THE CITY OF
> NORWICH, LOUIS J. FUSARO and MARK
> LOUNSBURY
>
>
> By____/s/_Beatrice S. Jordan_____
>   Beatrice S. Jordan
>   ct22001
>   Howd & Ludorf, LLC
>   65 Wethersfield Avenue
>   Hartford, CT  06114
>   (860) 249-1361
>   (860) 249-766 (Fax)
>   E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of January, 2006.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

    _____/s/ Beatrice S. Jordan_____
    Beatrice S. Jordan