UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN EJCHORSZT,  Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 3:02CV1350(CFD) |
| | : |
| JAMES F. DAIGLE, JR., LOUIS J. FUSARO, MARK LOUNSBURY, POLICE DEPT. OF THE CITY OF NORWICH, AND CITY OF NORWICH,  Defendants. | :<br>:<br>:<br>:<br>: |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____   A recommended ruling on the following motions which are currently pending: (orefm.)

__X__   A ruling on the following motion which is currently pending: **Motion for Protective Order [82]**  (orefm.)

____   A settlement conference (orefmisc./cnf)

____   A conference to discuss and approve the following:  (orefmisc./cnf)

____   Other:  (orefmisc./misc) _____

SO ORDERED this 17th day of January, 2006 at Hartford, Connecticut.

/s/ CFD
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE