1/30/06. Granted; the matter is continued sine die. /s/ CFD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| v. | : | |
| JAMES F. DAIGLE, JR., ET AL | : | JANUARY 27, 2006 |

### MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE DATE

The defendants, Louis J. Fusaro, Mark Lounsbury, Police Department of the City of Norwich and the City of Norwich, respectfully request that the Court continue the Settlement Conference in this case, currently scheduled for January 31, 2006 at 10:00 a.m. The defendants request that the continuance be granted due to the fact discovery requested by the plaintiff has not yet been completed. Specifically, a Motion for Protective Order regarding the defendants' discovery compliance is presently pending before the Court. In addition, the defendants have recently filed a Motion for Summary Judgment, to which the plaintiff has not yet had an opportunity to respond. A settlement conference would not be beneficial at this stage of the proceedings due to the fact discovery is still to be completed.

The co-defendant, James F. Daigle, Jr., joins in this motion. Plaintiff's counsel was contacted and has advised that plaintiff objects to this motion.

ORAL ARGUMENT IS NOT REQUESTED