UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| v. | : | |
| JAMES F. DAIGLE, JR., ET AL | : | JANUARY 27, 2006 |

**MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE DATE**

    The defendants, Louis J. Fusaro, Mark Lounsbury, Police Department of the City of Norwich and the City of Norwich, respectfully request that the Court continue the Settlement Conference in this case, currently scheduled for January 31, 2006 at 10:00 a.m. The defendants request that the continuance be granted due to the fact discovery requested by the plaintiff has not yet been completed. Specifically, a Motion for Protective Order regarding the defendants' discovery compliance is presently pending before the Court. In addition, the defendants have recently filed a Motion for Summary Judgment, to which the plaintiff has not yet had an opportunity to respond. A settlement conference would not be beneficial at this stage of the proceedings due to the fact discovery is still to be completed.

    The co-defendant, James F. Daigle, Jr., joins in this motion. Plaintiff's counsel was contacted and has advised that plaintiff objects to this motion.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants respectfully request that the Court extend the Settlement Conference date until completion of the fact discovery in this matter.

DEFENDANTS,
CITY OF NORWICH, POLICE
DEPARTMENT OF THE CITY OF
NORWICH, LOUIS J. FUSARO and MARK
LOUNSBURY

By____/s/_Beatrice S. Jordan____
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-766 (Fax)
   E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of January, 2005.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

                                                _____/s/ Beatrice S. Jordan_____
                                                Beatrice S. Jordan