UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KRISTEN EJCHORSZT | 2006 MAR 15 P 1:53 |
| VS. | CASE NUMBER: 3: 02CV1350(CFD) |
| JAMES F. DAIGLE, JR.; LOUIS J. FUSARO, Chief of Police MARK LOUNSBURY; POLICE DEPARTMENT OF THE CITY OF NORWICH, AND CITY OF NORWICH | March 10, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The plaintiff, Kristen Ejchorszt, respectfully moves for an extension of time, nunc pro tunc, to respond to defendant's refiled Motion for Summary Judgment dated January 13, 2006, for the reason that, through a combinatin of postal delay coupled with inadvertent clerical error, the undersigned counsel was unaware that the motion had been refiled until the date hereof.

The undersigned's office has been experiencing unprecedented delays in receiving mail, since the firm's post office box was relocated to another postal facility during renovations to the New Haven Post Office. The motion did not come to the undersigned counsel's attention until the date hereof.

The undersigned requests sixty (60) days from the granting of the defendants' motion to refile its motion to respond to the Motion for Summary Judgment, for the following reasons:

    1. Defendants only recently, on March 2, 2006, provided responses to plaintiff's written discovery requests.

1

2. Plaintiff needs to take the depositions of some of the defendants and other individuals now that written discovery has been made.

This is the first Motion for Extension of Time directed to the refiled Motion for Summary Judgment.

Counsel is informed that defense counsel, Beatrice S. Jordon does not object to the requested extension.

Respectfully Submitted,

THE PLAINTIFF,
KRISTEN EJCHORSZT

By: _____
Barbara L. Cox
Fed. Bar No./Ct08523
Gallagher & Calistro
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509
(203) 624-4165
Her Attorney

2

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Motion For Extension of Time was mailed on this date to the following:

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

Barbara L. Cox