## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**KRISTEN EJCHORSZT,**
    **-Plaintiff**


    **-v-**                                      **CIVIL 3:02CV1350(CFD)(TPS)**

**JAMES F. DAIGLE, JR., ET AL,**
    **-Defendants**


### CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, you are notified that a United States magistrate judge of this district is available to conduct any or all proceedings in this case **including a jury or nonjury trial** and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for the Second Circuit.

\*        \*        \*        \*        \*

In accordance with 29 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties consent to have a United States magistrate judge conduct all proceedings in this case, including the trial, the entry of a final judgment, and all post-judgment proceedings.

Party Represented                Signatures                Date

_____   _____   _____

_____   _____   _____


### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to <u>Thomas P. Smith</u> United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_____

    Date                        United States District Judge

NOTE:    RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.