UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KRISTEN EJCHORSZT                        \*
                                         \*
                                         \*
VS.                                      \*
                                         \*
                                         \*     **CASE NUMBER:** 3: 02CV1350(CFD)
JAMES F. DAIGLE, JR.;                    \*
LOUIS J. FUSARO, Chief of Police         \*
MARK LOUNSBURY; POLICE                   \*
DEPARTMENT OF THE CITY OF                \*
NORWICH, AND CITY OF NORWICH             \*     April 27, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Kristen Ejchorszt, respectfully moves for an extension of time, to respond to defendant's refiled Motion for Summary Judgment dated January 13, 2006, for the reason that plaintiff will not be able to conduct necessary depositions in time to comply with the current deadline of May 16.

The undersigned requests an additional sixty (60) days from the current deadline, up to and including July 15, 2006 to respond to the Motion for Summary Judgment, for the following reasons:

1. On March 2, 2006, defendants provided responses to plaintiff's written discovery requests.

2. Plaintiff needs to take the depositions of some of the defendants and other individuals in order to obtain evidence for her opposition to defendants' motion.

3. Because of conflicts in the parties' counsels' schedules, plaintiff has been unable to take depositions until after the current briefing schedule expires on May 16. Currently the depositions are noticed for May 17 and 18, the earliest dates all three

1

counsel were available.

    4. Additional time is also needed because the undersigned counsel has a trial scheduled for June 1, 2006

This is the second Motion for Extension of Time directed to the refiled Motion for Summary Judgment.

Counsel is informed that defense counsel do not object to the requested extension.

                          Respectfully Submitted,

                          THE PLAINTIFF,
                          KRISTEN EJCHORSZT

By:    /s/_____
      Barbara L. Cox
      Fed. Bar No. Ct08523
      The Gallagher Law Firm
      1377 Boulevard, P.O. Box 1925
      New Haven, CT 06509
      (203) 624-4165
      Her Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on April 27, 2006, a copy of foregoing Defendants' Motion to Amend Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____/s/_____
Barbara L. Cox