UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KRISTEN EJCHORSZT             \*
                              \*
                              \*
VS.                           \*
                              \*
                              \*     **CASE NUMBER:** 3: 02CV1350(CFD)
JAMES F. DAIGLE, JR.;         \*
LOUIS J. FUSARO, Chief of Police   \*
MARK LOUNSBURY; POLICE        \*
DEPARTMENT OF THE CITY OF     \*
NORWICH, AND CITY OF NORWICH  \*      August 2, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The plaintiff, Kristen Ejchorszt (now Cerrone), respectfully moves for an extension of time, <u>nunc</u> <u>pro</u> <u>tunc</u> to respond to defendant's re-filed Motion for Summary Judgment dated January 13, 2006, for the reason that counsel has not received all of the transcripts for depositions of the defendants.

The undersigned requests an extension to and including September 1, 2006 to respond to the motion, to allow for the receipt and review of deposition transcripts, research and writing of the responsive memorandum.

Plaintiff deposed defendant, Lounsbury on June 22, 2006. Counsel has not received the transcript for the Loundsbury deposition. The deposition transcripts are needed to provide evidence in opposition to the Motion for Summary Judgment.

This is the second Motion for Extension of Time directed to the re-filed Motion for Summary Judgment.

Defense counsel, Beatrice S. Jordan, has represented she does not object to the requested extension of time.

1

        Respectfully submitted

        THE PLAINTIFF,
        KRISTEN EJCHORSZT

By:    _____
        Barbara L. Cox
        Fed. Bar No. Ct08523
        The Gallagher Law Firm
        1377 Boulevard, P.O. Box 1925
        New Haven, CT 06509-1925
        (203) 624-4165
        Her Attorney

## **CERTIFICATION OF SERVICE**

This is to certify that the foregoing Motion For Extension of Time was mailed on this date to the following:

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

        _____
        Barbara L. Cox

2