Case 3:02-cv-01350-CFD    Document 104-3    Filed 03/17/2006    Page 1 of 5

Exhibit B

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number  
Date  12/3/01  
Time started  4:32pm  
Time ended

**Statement of** Kristen Ejchorszt

I, Kristen Ejchorszt  
of 3 Hazlewood Drive  
date of birth 11/15/81  
Town/City Sprague

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On Thursday, November 29, 2001, Detective Sergeant Daigle, who I was familiar with from meeting him at Dairy Queen, called there looking for me. I was not there, but he left a message with my sister Corinne for me to call him. This was as a result of my father's previous complaint regarding liquor sales to minors, and a discussion between Sgt. Daigle and he about me doing underage liquor buys in a sting operation. K.E.

I returned Sgt. Daigle's call the next day, Friday, November 30, 2001 at around 1:30pm. He explained that he wanted me to do an underage liquor buying sting that night. He said he was almost positive it was a go for that night, but to call him back when I got out of work that evening. He said that obviously I would have to go home and change first. I asked him what I should wear, and he told me that "A little tit never hurt." I asked him "What if I don't have anything showing a 'little tit'?" He said, "Then go braless." K.E.

I called him back around 5pm that night when I got out of work, and Sgt. Daigle told me to be at the police department at 6pm. I got to the PD at 6pm and went into the lobby. I saw Steve Lamantini, who I know, in the dispatch area. He walked me down to the Detective Division, and left me with Sgt. Daigle. I sat at the end of Daigle's desk, and he explained to me that we were just going to go out, but not buy anything-- I would just say that I had forgotten my money. He told me that we would be going with Scott Smith, Dolan, and Mark Lounsbury, and one other guy whose name I don't remember. Sgt. Daigle, Lounsbury, and I ended up in one car, and the others in another car.

Sgt. Daigle talked about wiring me with a pager-type listening device. A young guy with a beard named "Mark" came over and said that the "pager" batteries only lasted for an hour, so Sgt. Daigle decided to use a "body mike," asking "Mark" if it worked OK. Mark replied yes; Sgt. Daigle said "Then we'll do that." At that time Dolan was in and out at his desk opposite Daigle's, and Lounsbury was K.E.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____  
Witness _____  Signature *Kristen Ejchorszt*

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. I notarized, endorse here: *Dep Chf. Warren L. Mock*

Page 1 of 4 Pages

Form #12 Rev. 10/90



# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number  
Date  
Time started 4:52pm  
Time ended

**Statement of** Kristen Ejchorszt

I,          date of birth

of          Town/City

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

sitting at his desk. Sgt. Daigle took pictures of my ID and me with my coat on, within the first few minutes that I was there. Daigle then took me into the conference room, telling me we were going to do the wire there, because there were no people there. The conference room is about across the hall from the door where Mark with the beard sits. Only Sgt. Daigle and I were in the conference room; everyone else stayed in the main office. K.E.

Sgt. Daigle shut the door, and told me that I was going to have to take my shirt off. He had the body mike with him, a small silver box a little bigger than a pack of cigarettes. He put it into my back pocket, and ran the mike wire up under my left arm to see if it fit. After trying it for fit, he said he was going for some tape; that if anyone came in, to cover up. He shut the door behind him, and came back a few minutes later without using a key to get in, as he had the first time. We discussed where to put the box -- I said in my back pocket since I was going to wear my coat anyway. Sgt. Daigle reached around and unhooked my bra, played with the wires for a moment, then said "This is going to have to come off". He then pulled my bra off. I didn't say anything. K.E.

Sgt. Daigle then told me that he had to take a picture of me like that, in case it was claimed that I had an ID in my bra-- they could say that they checked. He took a photo of my bare chest, my back, and my bra lying on the table. He took more than one of my chest, saying that he couldn't get the camera focused. He handed me my bra, sliding it back on. He said, "Here, you can put this back on," and he fastened it in back. Then he put the silver box into my back pocket, and left to get scissors (to cut the tape). He returned without any scissors, and asked me if I had any fingernails to start the tape. He then put the wiring on, taping it in place. He then took more photos with my bra on and the wiring in place, about two front, two back, and then he told me to put my shirt back on. K.E.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____  
Witness _____    Signature *Kristen Ejchorszt*

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: *Dep Chf Warren L. Mocek*

Page 2 of 4 Pages

Form #12 Rev. 10/90      COPY

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number

Date

Time started   5:09pm
Time ended

**Statement of**   Kristen Ejchorszt

I,                                                     date of birth

of

Town/City

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

My shirt is black velour, with V-neck and 3/4 length sleeves. We were about to leave the conference room, when I commented, "These better not end up being locker room photos." Sgt. Daigle said that he would give me the disk when the night was over; he also said something like "When we're done with it" or, "When I'm done with it." We went back to the main office, where someone gave Daigle the list of package stores. Daigle walked away, and I made small talk with the Mark with the beard. Daigle came back, talked with Lounsbury for a minute, and said "I accidentally formatted the disk-- we're gonna have to do those pictures again." He then took another photo of me with my coat on, standing near his desk, looking towards the window, and of my ID, which was on his desk or the filing cabinet. The time was about 6:40 or 6:45pm. He said that when we got back, we would do the other photos over again.   K.E.

We went out right after that. We went straight to Dairy Queen. Sgt. Daigle had called from the van on his cell phone, and gave it to me, telling me to tell my dad that he wanted two double cheeseburgers. After we picked them up, we went out to the first package store, on Yantic Street. We went to about a half-dozen more, ending up at the one in Taftville around North A or North B, right next to the convienience store. After that we drove to the Backus Hospital--someone had called Sgt. Daigle on his Nextel (like a radio) and told him about a carjacking-- he and Lounsbury went inside for about ten minutes while I waited in the car near the emergency room entrance.   K.E.

We drove back to the police department, and parked in back, entering through a rear door and coming up on the elevator. We went into the detective division, sat and talked for a few minutes, when Daigle said that we were going to take the body mike off. He and I went back into the conference room, and I took my shirt off. He took the wire that had come free of the tape earlier, and tucked it up under the back of my bra.   K.E.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____

Witness_____      Signature *Kristen Ejchorszt*

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: *Dep. Chf Warren L. Mocek*

Page   3   of   4   Pages

Form #12  Rev. 10/90

COPY

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number

Date

Time started

Time ended    5:40pm

**Statement of**    Kristen Ejchorszt

I,                                                                date of birth

of

                                                                  Town/City

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Sgt. Daigle took another photo front and back, using a digital camera with a red disk. He then pulled the wiring off, and said that I would have to take my bra off again. I did so, and he took more pictures, front and back. He made a comment about this time that he was supposed to strip-search me, but that he wouldn't. He didn't take another photo of my bra on the table, and as I put it back on, Daigle said "Oh, I forgot to take a picture of it-- oh, forget it." I put my shirt back on, and Sgt. Daigle told me that we would do this again in a couple of weeks, but buy liquor, and that He wouldn't have to take the pictures again. He then took two bills from his pocket--a $20 and a $10-- and gave them to me. I asked what that was for, and he said, "Its for your time, humiliation, and keeping your mouth shut." K.E.

We walked down the hall to the lobby door, and stopped. He hugged me from the front, and kissed me on the cheek., telling me that if I ever need anything, just call. I went out into the lobby, saw Steve Lamantini, and motioned for him to come out and talk. Daigle said "Don't discuss this with him, its not their business, its detective business." I told him "OK". He said "Thank you" and that he would call me in a few weeks to do another one. Steve came out into the lobby and I talked to him for about five minutes, then left. K.E.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____

Witness_____    Signature *Kristen Ejchorszt*

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: *Dep. Chf. Warren L. Mocek*

Page  4  of  4  Pages

Form #12   Rev. 10/90

COPY