**Exhibit G**

**Connecticut** DRIVER'S LICENSE

LICENSE NO: 117196981  CLASS: 2  Expires: 11-15-2007

EICHORSZT, KRISTEN, M
3 HAZELWOOD DR
SPRAGUE  CT  06330

DOB: 11-15-1981  SEX: F  HGT: 5-05
ISSUED: 11-13-2001  EYES: BRO

Signature: Kristen Eichorszt

2001/11/30

#2



#3



#4