Operations Order  OP-4  Continued  Page 12

- After entry, the cruiser doors are not opened until the gate is closed.

- The transporting officers shall remove their weapons and place them in the trunk of the vehicle prior to removal of the prisoner from the cruiser.

- Once the Admissions Officer is in the Admissions Area, the officer(s) and prisoner are allowed in.

- The transporting officers provide the Admissions Officer with their names, and a copy of the mittimus. The original mittimus is retained by the transporting officer to accompany his report.

- The prisoner's property is turned over to the Admissions Officer who signed the Prisoner Property Receipt.

(c) NIANTIC CORRECTIONAL CENTER:

- The Writ of Mittimus

- The prisoner's property along with a Prisoner Property Receipt.

- The transporting officer will call the Correctional Center, advise them of his name, the department's name, the prisoner's name, reason for incarceration and his estimated time of arrival.

- Upon arrival, the transporting officers will park their cruiser in front of the Administrative Building.

- The prisoner is escorted into the Administrative Building by the transporting officers, their weapons do not need to be secured.

- The transporting officers will turn over the prisoner to the Admissions Officer, provide the Admissions Officer with their names, a copy of the Mittimus. The original Mittimus is to be retained by the transporting officers to accompany their report.

- The prisoner's property is turned over to the Admissions Officer and the prisoner property receipt is signed.

Operations Order  OP-4  Continued Page 13

(d) JUVENILE DETENTION CENTER - HARTFORD/NEW HAVEN:

- Juvenile must be charged with a criminal offense.

- Original copy of Juvenile Court Referral completed and notarized.

    NOTE: If a police report cannot be provided due to an ongoing investigation, a signed, sworn and notarized affidavit of the facts may be substituted for the report. This affidavit would be fashioned after an arrest warrant application showing your probable cause for charging said juvenile.

- Contact the Detention Center by telephone prior to transport.

- A Detention Center will not accept, sick, injured or intoxicated juveniles who have not been examined by a physician.

    Hartford Detention is located at 920 Broad Street, Hartford, Ct., 566-8280. Entry is at the rear right door. Ring door bell and someone will accompany all to the processing area.

    New Haven Detention is located at 239 Whaley Avenue, New Haven, Ct., 786-0343. Entry is through a sallyport door on the west side of the building.

- Juvenile Court Referral and/or the report/affidavit has to accompany the juvenile to detention.

(2) The following documentation must be presented and the transporting officers must follow the specific procedures when picking up a prisoner from the following facilities:

(a) MONTVILLE CORRECTIONAL CENTER:

- A Writ of Habeas Corpus (Note: Writ may already be lodged at facility.)

- The transporting officer will call the Correctional Center, advise them of his name, the department's name, and the fact that they have a Writ of Habeas Corpus for a particular individual and their estimated time of arrival.

- Upon arrival, the gated entry on the left side of the Correctional Center is used for entry.

- The guard will open the gate which is video monitored.

Operations Order OP-4 Continued Page 14

- After entry, the gate will be closed.

- The transporting officers will secure their weapons in the trunk of their cruiser.

- Once the Admissions Officer is in the Admission Area, the officer(s) are allowed entry.

- The transporting officers will provide the Admissions Officer with their names as well as a copy of the Writ of Habeas Corpus. The original Writ of Habeas Corpus will be retained by the transporting officer to accompany his report.

- The prisoner is then turned over to the transporting officer(s) at which time the prisoner is then handcuffed, as per departmental policy.

- Once prisoner is handcuffed, the Admissions Officer will allow entry back to the gated area where the cruiser is parked.

- The transporting officers are to secure the prisoner in their cruiser as per departmental policy.

(b) NIANTIC CORRECTIONAL CENTER:

- A Writ of Habeas Corpus (Note: Writ may already be lodged at facility.)

- The transporting officers will call the Correctional Center, advise them of his name, the department's name, and the fact that they have a Writ of Habeas Corpus for a particular individual and their E.T.A.

- Upon arrival, the transporting officers will park their cruiser in front of the Administrative Building, however, the weapons do not need to be secured.

- The transporting officers will enter the Administrative Building, proceed to the Admissions Office where they will provide a copy of the Writ of Habeas Corpus, and their names. The original Writ of Habeas Corpus is to be retained by the transporting officers to accompany their report.

- Once the prisoner is turned over to the transporting officers, the prisoner is to be handcuffed and secured per departmental policy.

Operations Order OP-4 Continued Page 15:

    (3) RENDITION:

        (a) A Governor's warrant (only if the prisoner refuses to waive rendition)

        (b) A certified copy of the case report

        (c) Formal departmental credentials and personal identification

        (d) Before leaving the other state, the transporting officer must have a court order showing that the prisoner has:

            - Been arrested pursuant to the Governor's warrant, or,

            - Has waived his rendition rights.

M. PRISONER ESCAPE - DURING TRANSPORT:

    (1) WITHIN THE CITY OF NORWICH:

        (a) Immediately notify the Dispatcher via radio giving location, prisoner's name, charge, description, direction of travel, mode of travel, any other pertinent information.

        (b) Attempt to recapture the prisoner and continue to do so until relieved by a supervisor.

        (c) The Dispatcher will immediately notify the Shift Commander who will assign necessary personnel in appropriate positions.

        (d) If recaptured, the prisoner will be charged with escape from custody. If the original arrest was on a warrant, take a new case number and refer it to the warrant case number. If the original charge was not on a warrant, simply add the escape charge to the present charges and use the same case number.

        (e) If not recaptured, the transporting officer shall apply for a warrant charging the prisoner with escape from custody. (Note: The same procedure relative to case numbers applies.)

    (2) OUTSIDE THE CITY OF NORWICH:

        (a) Immediately notify the Dispatcher by radio or telephone supplying information as outlined in (1)(a) above.

        (b) Attempt to recapture the prisoner and work in conjunction with law enforcement personnel from that jurisdiction until relieved by a supervisor.

        (c) The Dispatcher will immediately notify the affected law enforcement agency providing pertinent information as outlined in (1)(a) above and the Shift Commander.

Operations Order  OP-4  Continued  Page 16

      (d) The Shift Commander may assign additional personnel to assist in the recapture effort, if he deems it necessary and practical.

      (e) The transporting officer will follow the arrest procedures as outlined in (1)(d) and (1)(e) above.

  (3) Whenever a prisoner escapes during transport, the transporting officer(s) shall file appropriate supplements providing full details of the escape. The appropriate Division Commander shall investigate said escape and file a supervisor's report with his conclusions. Internal Affairs will review the case for appropriate remedial action.

N.   SPECIAL SITUATION TRANSPORTS:

  (1) There are situations where humanitarian considerations dictate the need for transportation of a prisoner. In cases such as imminent death of a family member, the funeral of a family member, etc., the Chief of Police, Deputy Chief of Police or Captain may authorize prisoner transportation in order to attend such events.

  (2) An enhanced chance of escape is inherent in such situations. Two officers in civilian clothing will be assigned in an unmarked police vehicle to conduct the transport. Said officers will follow all applicable transportation procedures and pay particular attention to the prisoner to prevent escape or the infliction of injury to himself or others.

V.   TRAINING:

The Training Division shall develop curriculum addressing all aspects of this order and shall conduct appropriate training to ensure that every member of the department is cognizant of and understands the order as it relates to his or her sphere of operations.

VI.   CONFIDENTIALITY OF RECORDS:

  A. In order to safeguard prisoners' Constitutional Rights to privacy, the only information that will be given out concerning prisoners or the arrest record will be that information contained on the "Daily Arrest Blotter". All other requests for information relative to a prisoner or his arrest record will be forwarded to the Records/Service Division Commander who will review same and release information in accordance with Title 54 of the Connecticut General Statutes and Title 28 of the Code of Federal Regulations.

  B. The above procedure in no way affects a Shift Supervisor or Division Commander from preparing Press Releases relative to specific cases as long as said release does not address the concerns raised in subsection "A" above.

Operations Order  OP-4  Continued  Page 16

    C.  All such Press Releases must be approved by the Chief of Police or Deputy Chief prior to the release.

Issued By: *Richard J. Abele*
Chief Richard J. Abele

#4





#2



#3