UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
***********************************
KRISTEN EJCHORSZT                  *
                                   *
                                   *
VS.                                *
                                   *
                                   *       CASE NUMBER: 3: 02CV1350(CFD)
JAMES F. DAIGLE, JR.;              *
LOUIS J. FUSARO, Chief of Police   *
MARK LOUNSBURY; POLICE             *
DEPARTMENT OF THE CITY OF          *
NORWICH, AND CITY OF NORWICH       *       September 1, 2006
***********************************
```

## MOTION FOR EXTENSION OF TIME TO RESPOND TO
## MOTION FOR SUMMARY JUDGMENT

The plaintiff, Kristen Ejchorszt (now Cerrone), respectfully moves for an extension of time to respond to defendant's re-filed Motion for Summary Judgment dated January 13, 2006, for the reason that counsel has not received all of the discovery containing evidence responsive to the motion from the defendants.

The undersigned requests an extension to and including September 20, 2006 to respond to the motion, to allow for the receipt and review of the outstanding discovery, research and writing of the responsive memorandum and Local Rule 56 pleadings. Defense counsel has represented that the outstanding discovery materials are being mailed to the undersigned today.

In addition, the complex legal issues are extremely fact intensive and require extensive research, which is ongoing.

This is the fourth Motion for Extension of Time directed to the re-filed Motion for Summary Judgment and there is good cause for granting the modest extension requested.

1

Defense counsel, Beatrice S. Jordan, has represented she does not object to the requested extension of time.

>Respectfully submitted
>
>THE PLAINTIFF,
>KRISTEN EJCHORSZT
>
>By: _____/s/_____
>Barbara L. Cox
>Fed. Bar No. Ct08523
>The Gallagher Law Firm
>1377 Boulevard, P.O. Box 1925
>New Haven, CT 06509-1925
>(203) 624-4165
>Her Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on September 1, 2006, a copy of the foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

>_____/s/_____
>Barbara L. Cox