UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************************

| | |
|---|---|
| KRISTEN EJCHORSZT | * |
| | * |
| | * |
| VS. | * |
| | * |
| | *  **CASE NUMBER:** |
| | *  3: 02CV1350(CFD) |
| JAMES F. DAIGLE, JR.; | * |
| LOUIS J. FUSARO, Chief of Police | * |
| MARK LOUNSBURY; POLICE | * |
| DEPARTMENT OF THE CITY OF | * |
| NORWICH, AND CITY OF NORWICH | *  September 21, 2006 |

*****************************************************

## PLAINTIFF'S NOTICE OF MANUAL FILING OF
## EXHIBITS A THROUGH K OF MEMORANDUM IN OPPOSITION TO MOTION
## FOR SUMMARY JUDGMENT

Notice is hereby given that the plaintiff has manually filed  Exhibits A

through K in support of her opposition to Defendants' Renewed Motion for

Summary Judgment, because said exhibits  could not be easily downloaded.


Respectfully submitted
THE PLAINTIFF,
KRISTEN EJCHORSZT

By: _____/s/_____
Barbara L. Cox
Fed. Bar No. Ct08523
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509-1925
(203) 624-4165
Fax:  203-865-5598
Her Attorney

CERTIFICATION OF SERVICE

I hereby certify that on September 19, 2006, a copy of the foregoing Memorandum of Law in Opposition to Renewed Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
Barbara L. Cox