UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

****************************************************
KRISTEN EJCHORSZT                          *
                                           *
                                           *
VS.                                        *
                                           *
                                           *    CASE NUMBER:
                                           *    3: 02CV1350(CFD)
JAMES F. DAIGLE, JR.;                      *
LOUIS J. FUSARO, Chief of Police           *
MARK LOUNSBURY; POLICE                     *
DEPARTMENT OF THE CITY OF                  *
NORWICH, AND CITY OF NORWICH               *    September 21, 2006
****************************************************

## PLAINTIFF'S EXHIBITS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Exhibit A – Deposition of Kristen Ejchorszt (excerpts)

Exhibit B – Deposition of James Daigle, Jr. (excerpts)

Exhibit C – Norwich Police Department Internal Investigation Daigle Interview (excerpts)

Exhibit D – Program: Underage Alcohol Compliance Training Program (exhibit 1 to Daigle and Fusaro depositions)

Exhibit E – Internal Investigation Memorandum, Deputy Chief Mocek to Chief Fusaro (excerpt)

Exhibit F – Sworn statement of Melanie S. Wilson, 1/4/02

Exhibit G – Sworn statement of Mark Lounsbury, 1/17/02

Exhibit H – Statement under oath of Theresa Earl (excerpts)

Exhibit I – Deposition of Mark Lounsbury (excerpts)

1

Exhibit J – Norwich Police Department Internal Investigation: Interview of Lt. Franklin Ward (excerpts)

Exhibit K – Deposition of Louis J. Fusaro, Senior (excerpts)

                                              Respectfully submitted

                                              THE PLAINTIFF,
                                              KRISTEN EJCHORSZT

By:     _____
           Barbara L. Cox
           Fed. Bar No. Ct08523
           The Gallagher Law Firm
           1377 Boulevard, P.O. Box 1925
           New Haven, CT 06509-1925
           (203) 624-4165
           Her Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to the following counsel of record.

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

_____
BARBARA L. COX

3