# EXHIBIT A

```
1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
2

3    KRISTEN EJCHORSZT

4                   Plaintiff,         CIVIL ACTION NO.
         VS.                           3:02-CV-1350 (CFD)
5
     JAMES F. DAIGLE, JR.
6    ET AL.

7                   Defendants.        FEBRUARY 7, 2005

8
              DEPOSITION OF KRISTEN EJCHORSZT
9

10   APPEARANCES:

11

12       For the Plaintiff:

13           THE GALLAGHER LAW FIRM
                 1377 Boulevard
14               Post Office Box 1925
                 New Haven, Connecticut   06509
15               (203) 624-4165
             BY:   BARBARA L. COX, ESQ.
16
         For the Defendant, James F. Daigle, Jr.:
17
             HALLORAN & SAGE, LLP
18               One Goodwin Square
                 225 Asylum Street
19               Hartford, Connecticut   06103
                 (860) 522-6103
20           BY:   ERIC P. DAIGLE, ESQ.

21

22           Diane J. Dunn, No 0018
             Licensed Shorthand Reporter
23
     NIZIANKIEWICZ & MILLER REPORTING SERVICES
24               972 Tolland Street
         East Hartford, Connecticut   06108-1533
25               (860) 291-9191
```

1    that point that you would be wired?

2        A    I don't remember.  If he mentioned it or not.

3        Q    Did you ever talk to Daigle about modeling?

4        A    No.

5        Q    So on the date of the subject incident, which

6    I believe you testified before was November 30, is that

7    your recollection?

8        A    Yes.

9        Q    Okay.  Tell me about what happened that

10   night.

11       A    I went in for six.  I got out of work at

12   five.  Had to go home and change.  He told me to be

13   there for six.  I walked in the building and saw Steve

14   Lamantini.  And he walked me down to the detectives

15   division.

16       Q    Okay.

17       A    At that point I met with Daigle and sat down

18   with him at his desk.  And he kind of briefed me on

19   what we were going to do.

20       Q    Okay.  What did he tell you?

21       A    That it was a dry run, that I wasn't buying

22   anything.  That I was going to try to buy, if they rung

23   me out without asking for ID, I would just say I forgot

24   my money.  If they asked for ID, I just said I forgot

25   my ID.

```
 1        Q    Were there other officers or detectives in
 2   the area while he was having this conversation with
 3   you?
 4        A    I believe there was a couple.  At their
 5   desks.
 6        Q    Were they directly involved in the
 7   conversation with you?
 8        A    No.
 9        Q    Okay.  And what did he tell you about the
10   fact that you would be wired?
11        A    At first they were going to use a pager.  And
12   I guess that had no batteries in it.  They had gotten
13   that out, to use that.
14        Q    Okay.
15        A    And so he decided that he was going to wire
16   me.
17        Q    Did you witness any conversations between
18   Daigle and any other officers regarding use of the
19   pager or other wiring implements?
20        A    I did not witness them.
21        Q    Okay.  When the pager was out, where was it?
22        A    I don't recall.
23        Q    Did Daigle go and talk to anybody else about
24   the pager or use of the pager?
25        A    I believe it was Mark Rankowitz.  That had
```

```
 1    using that?

 2         A    No.

 3         Q    Were you concerned by that at all?

 4         A    No.

 5         Q    Any explanations as to how that device would

 6    be placed on you?

 7         A    No.

 8         Q    Okay.  What happened next?

 9         A    The next thing I remember was going in to the

10    conference room and Daigle told me to take off my

11    shirt.

12         Q    Okay.  Did he explain why?

13         A    Because he had to put the body wire on.

14         Q    Did he explain how?

15         A    No.

16         Q    Did you ask him?

17         A    No.

18         Q    Did you ask him why you should take off your

19    shirt?

20         A    No.

21         Q    Did you have any apprehension regarding

22    taking off your shirt?

23         A    Yes.

24         Q    Did you talk to him about that?

25         A    No.  He's a lieutenant.
```

```
 1        Q    He's not your lieutenant.
 2        A    But I figured he knew my family, he wouldn't,
 3   he wouldn't do something that wasn't all right.
 4        Q    Okay.  Was there anyone else in the room with
 5   you at that time?
 6        A    No.
 7        Q    What equipment did Daigle have in the room
 8   with him at that time?
 9        A    I don't know if -- at that time I'm not sure
10   that he had anything except for the body wire.
11        Q    Okay.
12        A    And its case or whatever.
13        Q    Okay.  What happened next?
14        A    He left the room twice.
15        Q    When was the first time?
16        A    Right after.  And I'm not sure if he was
17   grabbing the camera or if the camera was with him
18   originally.
19        Q    Okay.  So let's -- I'm trying get this in a
20   chronological order, if you can work with me on that.
21   What I'm looking to do is we work through this whole
22   event.  At some point you were told to take off your
23   shirt?
24        A    That was when we first walked in.
25        Q    Okay, what happens next?
```

```
1         A      He left.

2         Q      Okay.  Do you take off your shirt before or

3    after he leaves?

4         A      Before.

5         Q      Okay.  So he leaves the room and you have no

6    shirt on, and what are you wearing at that time?

7         A      A bra and jeans.

8         Q      Okay.  What did you have on when you entered

9    the room?

10        A      A black shirt and my jeans.

11        Q      Were you wearing a jacket?

12        A      Yes.

13        Q      Okay.  So you had a jacket, a black shirt and

14   jeans?

15        A      Yes.

16        Q      And a bra, since that's what you were

17   wearing?

18        A      Yes.

19        Q      Okay.  Does he say anything to you after you

20   take your shirt off and he leaves the room?

21        A      He says, "If anybody comes in, cover up."

22        Q      And he leaves?

23        A      Yes.

24        Q      And how long was he gone for?

25        A      Not long.  A minute or less.
```

1      Q    And did he tell you why he's leaving?

2      A    He did tell me, I just don't remember what he

3   had to get.

4      Q    What does Daigle say to you when he comes

5   back in the room?

6      A    I don't remember.

7      Q    Okay.  And what state of dress are you in at

8   that time?

9      A    My bra and jeans.

10     Q    Okay.  And what occurs next?

11     A    He left ... (Pause.) I'm not positive.  I

12  don't know if he started fixing the wire to me and then

13  left for the tape and scissors or if he left for the

14  tape and scissors first.

15     Q    Okay.  Do you know if he left for the tape

16  and scissors at the same time or if he left the first

17  time for the tape and the second time for the scissors?

18     A    I'm not sure.

19     Q    Okay.  At some point did Daigle tell you that

20  he was going to attach the microphone of this wire to

21  your bra?

22     A    Yes.

23     Q    And what did he tell you about that?

24     A    He told me that it was going to come up over

25  my shoulder and just attach to my bra strap.

1          Q    Okay.  Have you been in the Norwich police

2    department prior to the date of the liquor operations?

3          A    Yes.

4          Q    How many times would you say you have been in

5    there?

6          A    Many.

7          Q    Are you familiar with the layout of the

8    Norwich police department?

9          A    Sort of.

10         Q    Okay.

11              MR. DAIGLE:  I would like to have

12         this marked as Defendant's Exhibit 1, please.

13              (Defendant's Exhibit 1 marked for

14    identification.)

15         Q    What I'm showing you that's been marked as

16   Defendant's Exhibit 1 is a schematic of the Norwich

17   police department.  Can you look at that and see if

18   that appears to be accurate to your recollection

19   (handing)?

20         A    Yes.

21         Q    Okay.  Could you identify on the schematic

22   where you entered the Norwich police department?

23         A    I entered into the lobby.  Steve was in

24   dispatch.  He led me through this door down the hall to

25   here (indicating).  That's the room where the pictures

1    were taken in.

2        Q    Okay, just for the transcript portion, you

3    came through the door of the lobby as it appears and

4    with you facing the diagram took a right down the long

5    hallway with the detectives room at the end of the

6    hallway?

7        A    Yes.

8        Q    And the room in which was identified as the

9    detective room is the area in which you met with

10   Daigle?

11       A    Yes.

12       Q    And you're claiming that the area in which

13   the wire was put on you was in the room across the

14   hallway identified as the detective briefing?

15       A    Yes.

16       Q    Is that accurate?

17       A    Yes.

18       Q    Okay.  So you're in this room classified as

19   the detective briefing, I guess that's what it is,

20   detective briefing.  But that is the conference room,

21   and when we refer to a conference room we're on the

22   same page as to your understanding?

23       A    Yes.

24       Q    So you testified that you entered the

25   conference room with Daigle, and at some point he

```
 1    exited and returned, we're talking about the first
 2    time, correct?
 3         A    Yes.
 4         Q    Okay.  And we were just beginning to talk
 5    about what happened when he returned the first time.
 6         A    Yes.
 7         Q    Okay.  What happened at that point?
 8         A    When he returned the first time?
 9         Q    Yes.
10         A    I believe he started fitting me with the wire
11    and then left again.
12         Q    Okay.  Do you remember what he had done in
13    fitting you with the wire?
14         A    I think he had just put it in my back pocket
15    and kind of held the wires up and then said that he was
16    going to need scissors and tape or ...
17         Q    Okay.  What did he put in your back pocket?
18         A    The box.
19         Q    Okay.  And from the box is a wire that holds
20    the microphone?
21         A    Yes.
22         Q    Okay.  And your testimony is it was then that
23    he left a second time?
24         A    Yes.
25         Q    And you're not sure why he left the second
```

1    time?

2         A    I believe it was for scissors or tape.

3         Q    Okay.  And how long was he gone?

4         A    Not long.  Again, it was probably a minute or

5    less.

6         Q    And what happened when he returned the second

7    time?

8         A    From what I recall he came around the back of

9    me, started playing with the wires again, unhooked my

10   bra, came around the front of me and slid it off.

11        Q    Okay.

12        A    And then told me that he had to take pictures

13   to prove that I did not have any fake ID hidden in my

14   bra.

15        Q    Okay.  Now, your testimony is that Daigle

16   unhooked your bra?

17        A    Yes.

18        Q    You didn't unhook your bra?

19        A    No.

20        Q    And that Daigle slid your bra off you, you

21   didn't drop your bra yourself?

22        A    No.

23        Q    Are you sure?

24        A    Positive.

25        Q    And at this point there is a camera in the

```
 1   room?
 2       A    Yes.
 3       Q    Okay.  And do you know what kind of camera it
 4   was?
 5       A    It was a digital camera.
 6       Q    How do you know that?
 7       A    It was the kind where you slide the floppy
 8   disk in.
 9       Q    Okay.  How do you know that?
10       A    Because I saw it.
11       Q    Okay.  You saw Daigle slide a floppy disk in?
12       A    Yes.
13       Q    Did you see him working the camera?
14       A    Yes.
15       Q    Did he make any comment to you while he was
16   working the camera as to the functionality of the
17   camera?
18       A    He did at some point say that he wasn't
19   getting a clear picture.
20       Q    Okay.  In fact, was Daigle upset that the
21   camera wasn't working?
22       A    I don't know that I would use upset.
23       Q    Okay.  Did he swear that the camera wasn't
24   working?
25       A    I don't remember.
```

Q    And it's your testimony that he took pictures
of you once your bra had dropped off?

A    Yes.

Q    How many pictures did he take?

A    I'm not positive on the number.  I believe it
was two in front and then he had me turn around and
took two of my back and then took a couple of my bra
sitting on the table.

Q    Okay.  How do you know that these pictures
were being taken?

A    He was snapping the camera.

Q    Did you hear the camera clicking?

A    Yes.

Q    Did you see any flash?

A    No.

Q    Did that camera make any unusual noises when
the picture was being taken?

A    I don't remember.

Q    What noises did you hear that made you
believe that the picture was being taken?

A    Just the clicking.  To my knowledge.  That I
remember.

Q    Okay.  And you saw no flash?

A    Not that I remember.

Q    Okay.  And what happened after he took those

```
 1   pictures?

 2        A    He taped the wire up my back ... (Pause.) I'm

 3   sorry.  I don't know if he put my bra back on first or

 4   after, but I know that the -- it was taped up my back,

 5   under my bra strap, over my left shoulder to my left

 6   bra strap.

 7        Q    How did you say that again?

 8        A    Up your back.

 9        Q    Yes.

10        A    It was in my right back pocket, the box.  It

11   wasn't diagonally up my back to my left shoulder.

12        Q    So did it go under your bra strap in the back

13   more than once if you're aware?

14        A    I don't remember.

15        Q    And it came over your left shoulder?

16        A    Yes.

17        Q    And the microphone was attached to the bra

18   strap in front, on the left strap?

19        A    Yes.

20        Q    In the front of it?

21        A    Yes.

22        Q    Okay.  And how did that microphone attach, if

23   you recall?

24        A    I'm not positive but I think they had to tape

25   it there.
```

```
 1        Q    Okay.  And who did the taping?

 2        A    Daigle.

 3        Q    And was your bra on at that time?

 4        A    Yes.

 5        Q    Okay.  And what happened next?

 6        A    I think I just put my shirt back on and we

 7   went out.  Of the conference room.

 8        Q    Okay.  Were there any other photographs

 9   taken?

10        A    At that time?

11        Q    While you were in the conference room.

12        A    Yes.  With the wire all set up.  Again, front

13   and back.

14        Q    This camera, you said it was digital?

15        A    Yes.

16        Q    Did it have a screen on it, where you would

17   view photographs?

18        A    I believe so.

19        Q    Okay.  Did you view any photographs?

20        A    No.

21        Q    Did you see Daigle examining any photographs

22   in the view screen?

23        A    Yes.

24        Q    And how close were you to him at that time?

25        A    A foot, a couple of feet.
```

59

```
 1        Q     And how big is this camera?
 2        A     It's about this big (indicating).  It was a
 3    bigger --
 4        Q     What would you estimate that in inches?  You
 5    just held your hands up.  The court reporter can't
 6    document that.
 7        A     Four or five by six or eight.
 8        Q     Okay.  And it was not the digital cameras of
 9    today, it was an older model with a quite larger body
10    style, correct?
11        A     Yes.
12        Q     And how big would you say the screen on the
13    camera was?
14        A     I'm not sure.  It was on the back of the
15    camera.
16        Q     Okay.  At any time did you view any
17    photographs in the back of the camera?
18        A     Not that I recall.
19        Q     But you were about a foot away you testified?
20        A     About.
21        Q     Did Daigle seem to be having any difficulty
22    with the camera during that time?
23        A     Only at the point that he said the screen was
24    fuzzy.  Or that something was going wrong with the
25    screen.  Because he did turn the camera around at one
```

1    point and said, "See the screen, see how it isn't

2    focusing?"  Or something to that effect.

3        Q    So you don't know whether or not there were

4    actual photographs taken, then?

5        A    No.

6        Q    It's possible that there was camera

7    malfunction and the photographs weren't taken?

8        A    Yes.

9        Q    What happened after you left, left the

10   conference room here?

11       A    Went back into the detectives division.

12       Q    Okay.  And at this point you have your shirt

13   back on?

14       A    Yes.

15       Q    And you have your -- you're fully wearing the

16   wire at that time?

17       A    Yes.  And have a leather coat over it.

18       Q    Okay.  And had it been tested to see if it

19   worked yet?

20       A    I believe so.  I think we tested before he

21   walked out.

22       Q    Okay.  And how did that testing occur?

23       A    There was a big box that looked like

24   recording things in there.  And Mark Rankowitz stood by

25   the box and we shut the door and he had me talk into

```
1    the microphone.

2         Q    Okay, was the box in the conference room?

3         A    No.  It was in the detectives division.

4         Q    Okay.  And at some point they advised you or

5    Daigle that it was working?

6         A    Yes.

7         Q    Okay.  What happened after you came back out

8    of the conference room into the detectives room?

9         A    I sat down and they gave me a list of the

10   places and order of the places that we would be going

11   to.

12        Q    Okay.  Did you know any of these places?

13        A    No.

14        Q    In fact, if I can back up for a second, what

15   time were you scheduled to be at the police department?

16        A    Six o'clock.

17        Q    And did you show up on time?

18        A    Yes.

19        Q    Were they running behind or somebody running

20   behind that caused this to, this operation to be late?

21        A    Not that I recall.

22        Q    Okay.  When you came out of the conference

23   room and went back into the detectives area, what did

24   Daigle do with the camera?

25        A    I know I was talking to Mark Rankowitz for a
```

1   minute.  He was going over the list with me.  And I

2   looked up and Daigle and Mark Lounsbury were standing

3   at a filing cabinet looking at the camera.  And Daigle

4   had said that the pictures were formatted.  I believe.

5   And that we were going to have to take them again when

6   we got back.

7        Q    Okay.  And any other discussion about

8   photographs?

9        A    Not that I recall.

10       Q    So Det. Lounsbury and Det. Daigle are

11  examining the back of the camera?

12       A    Yes.

13       Q    And at that point did it appear that there

14  were any photographs to view?

15       A    I don't know.  I couldn't see.

16       Q    Okay.  And what happened next?

17       A    The next thing I remember is us leaving.

18       Q    You went out on the operation?

19       A    Yes.

20       Q    Okay.  Would you like to take a break?  I'm

21  going to move on so this would be a good time to take

22  five minutes if you'd like.

23       A    I'm fine.

24                 (Discussion off the record.)

25                 (Luncheon recess from 1:00 p.m. to 2:00

1    instructions on what you were supposed to do when you

2    were going into each one of these establishments?

3         A    Yes.

4         Q    And what were those instructions?

5         A    Walk in, walk -- have something in mind that

6    I wanted to get, so I knew where I was going.  And pick

7    something out, bring it to the register.  If they asked

8    me for an ID say I forgot it, if they asked me for

9    money say I forgot it, and leave.

10        Q    Okay.  And these other officers that you had

11   named before, Al Costa, Mark Lounsbury, Scott Smith,

12   Joe Dolan, did you know them before meeting them on

13   that evening?

14        A    No.

15        Q    You didn't know any of those guys?

16        A    No.

17        Q    Okay.  So that was the first night you had

18   been introduced to them?

19        A    Yes.

20        Q    And you met them.  Okay.

21        A    I believe before they stopped at Backus, it

22   was the second place we went to, Mark Lounsbury went in

23   behind me and bought some and came out.

24        Q    Okay.

25        A    Some alcohol.

1    that Universal Package Store?

2        A    Yes.

3        Q    Do you recall what happened there?

4        A    I went in to do the buying and they tried to

5    ID me and I left.

6        Q    Okay.  And would the next place be the Wine

7    Rack, do you recall?

8        A    Where is that located?

9        Q    Thames Street, West Thames Street.

10       A    I don't know.

11       Q    Okay.  How about a Square Deal Package Store

12   on Main Street?

13       A    I don't remember anything after Universal.

14       Q    That's okay.  You don't remember anything

15   after Universal?

16       A    I remember going to a few more.

17       Q    On some of these did they allow you to

18   purchase or or were they in the process of allowing you

19   to purchase alcohol?

20       A    Two.

21       Q    Do you know which ones those were?

22       A    No.

23       Q    And what occurred at those locations?

24       A    I walked in, I got something, I think it was

25   the first one they rung me out and I said I forgot my

```
 1   money and I left, or I said I'd be back.  And then the
 2   second one, same thing, except for a guy offered to buy
 3   it for me and I said no and left.
 4      Q    Okay.  And when you came out did the
 5   detectives -- what action did they take?
 6      A    Nothing.
 7      Q    Okay.
 8      A    Hold ... I want to say Mark Lounsbury went in
 9   on one of them.  Didn't do anything, but went in to see
10   if it was working or something.
11      Q    Okay.  But you're not -- do you know that for
12   sure?
13      A    I don't remember exactly, no.  But I believe.
14      Q    Okay.  After you completed the liquor stores
15   do you have an estimate on what time it was?
16      A    I'm guessing a little after eight.  They all
17   close at eight.  We had run out of time.
18      Q    You still had more liquor stores to go to but
19   there was no more time?
20      A    I think we completed the list for tonight,
21   for that night.  But it was eight o'clock.
22      Q    Okay.  And what happened after you had
23   completed the list?
24      A    We headed back to the police station.
25      Q    Okay.  And are you still together with the
```

```
 1    white Crown Vic?
 2         A     I believe so.
 3         Q     Okay.  And --
 4         A     The van was white.
 5         Q     What color was it?
 6         A     I don't know, navy blue.
 7         Q     Okay.  And you're still working together as a
 8    team?
 9         A     I believe so.
10         Q     And they have been with you the whole time?
11         A     To the best of my knowledge, yeah.
12         Q     Okay.  What happens when you go back to the
13    police department?
14         A     I don't know where the people from the Crown
15    Vic went.  I don't recall seeing them after.  I know
16    Mark Lounsbury put the beer in his truck and went his
17    own way.  I don't remember seeing him after that.
18    Daigle and I went up to the detectives division and sat
19    talking at his desk about the carjacking and he was
20    asking me what I thought of it.
21         Q     In what manner?
22         A     Casual talk.
23         Q     Did you give an opinion?
24         A     No, I said I didn't know.
25         Q     Okay.
```

1    A    And then he said, "All right, well, let's get

2    the pictures done."  And he did the same thing but

3    backwards, basically.  Took pictures first of my shirt

4    off with the wires and then took the wires off -- took

5    the tape off, took the wires off, had me remove my bra

6    and took front and back pictures of just my chest and

7    my back.

8    Q    Okay.  So when you came back, showing you

9    Defendant's Exhibit 1 (handing), when you came back you

10   were speaking with him in the detectives area?

11   A    Yeah, we came out the elevator, walked down

12   the hallway, and his desk was actually right in the

13   corner by the window.  We sat there talking for a

14   minute and then we went back to the conference room.

15   Q    Okay.  And in -- when you went into the

16   conference room, what equipment did Daigle bring with

17   him in the conference room?

18   A    Just the camera.

19   Q    The same camera that he had before?

20   A    I believe so.

21   Q    Did they look alike?

22   A    Yeah.

23   Q    And do you know whether or not it was working

24   at that time?

25   A    He didn't say anything.

```
1          Q     Okay.  Did he tell you why he needed to take
2     pictures again?
3          A     Because the originals had formatted the wrong
4     way.  Which I don't know what that means.
5          Q     Okay.  That's what he told you?
6          A     Yes.
7          Q     And what was the first thing that he asked
8     you to do when you got in the conference room?
9          A     Take off my shirt.
10         Q     Okay.  And did you take off your shirt?
11         A     Yes.
12         Q     And what did he do next?
13         A     He took front and back pictures of me with my
14    bra on and the wires still intact, front and back.
15    Then he removed the wire and took out the box, all
16    that, and had me remove my bra.
17         Q     In fact, hadn't the wire fallen during the
18    course of the operation?
19         A     That was at the very beginning.
20         Q     Okay.  And at this point you removed -- you
21    unclasped your bra?
22         A     Yes.
23         Q     And you removed it?
24         A     Yes.
25         Q     Okay.  And what happened next?
```

1    A    He took pictures front and back.  And made a

2    comment that he was supposed to strip search me but

3    since he knew my father he wasn't going to do that

4    because he trusted the family.

5    Q    Okay.  And at this time was the wire still

6    attached to the bra strap?

7    A    No.  It had already been removed.  At the

8    time I took off the bra nothing was attached to it

9    anywhere.

10    Q    Okay.  And at this time did you view any of

11    the photographs that were taken?

12    A    No.

13    Q    Did you -- how do you know that there was

14    photographs taken?

15    A    I don't for sure.

16    Q    Was there any flash on the camera?

17    A    I don't remember a flash.  Just the clicking.

18    Q    Did Daigle review any photographs in the

19    viewfinder on the back of the camera?

20    A    He seemed to be.

21    Q    How far away were you from him at that time?

22    A    About a foot.  But when you're looking at the

23    camera, if I'm looking at a camera like this, you can't

24    see (indicating).

25    Q    Did he say anything to you about the

1   photographs?

2       A    No.

3       Q    Did he say anything to you that made you

4   believe that there was photographs in the camera?

5       A    I'm sorry?

6       Q    Did he say anything to you that made you

7   believe that there was photographs in the camera?

8       A    While he was taking them he said, "Well, you

9   could smile," or something to the effect of that.  But

10  that's ...

11      Q    But that doesn't prove that there was

12  photographs actually taken, does it?

13              MS. COX:   I'm going to object to the

14      form.

15      Q    The fact that he asked you to smile, that

16  doesn't show that there was actually photographs taken,

17  were there?

18              MS. COX:  Objection.

19      A    No, but it assumes that he was taking the

20  pictures.

21      Q    Okay.  With allegations like this you would

22  like to know more than assuming, correct?

23      A    He reviewed the disk after.

24      Q    And what did he do with it?

25      A    He put it in his desk and said "I'll give

1   this back to you later.  Don't worry, nobody else is

2   going to see this."

3       Q     Did you ask him something that led to this

4   response?

5       A     I said, "These aren't going to turn up as

6   locker room photos or anything?"  And he said, "No,

7   I'll get the disk back to you.  I just have to download

8   it into the computer so we have the information."

9       Q     And what happened after that?

10      A     He handed me thirty dollars and said, This is

11  for your time, your something in keeping your mouth

12  shut.  Your time or humiliation maybe in keeping your

13  mouth shut.  And we walked out, down to -- down this

14  hallway to the door right by dispatch (indicating).

15  And I had asked him to grab Steve so I could say bye to

16  him before I left, and before he did that he hugged me

17  and kissed me on the cheek and said if there was

18  anything I ever needed to just call him.  And then he

19  went to open the door and said, "Don't discuss this

20  with any of my other officers," he said, "because it's

21  not their division."  I believe.  And then he went and

22  got Steve.

23      Q     Okay.  What was your demeanor at that time?

24      A     I was fine.

25      Q     Were you upset at all?

```
 1        A     No.

 2        Q     Were you angry?

 3        A     No.

 4        Q     Were you concerned that photographs had been

 5   taken?

 6        A     I thought the photographs were taken but I

 7   thought they were taken for the police department.  I

 8   thought they had to be taken.  I thought he did what he

 9   had to do, and it might not have been too much fun but

10   that's what he had to do.

11        Q     Okay.  And the money that you were given, do

12   you have any knowledge of the reason why you were given

13   that money?

14        A     I thought it was for doing the sting.

15        Q     Have you ever talked to anybody else who said

16   that money is given to you for being involved in a

17   sting operation?

18        A     No.

19        Q     So of all the photographs that we've talked

20   about, and would you agree that we've completed your

21   whole tour in the -- involvement in the alcohol

22   operation?

23        A     To the best that I remember.

24        Q     Okay.  And in there you've testified as to

25   two different sets of photographs that were taken of
```