

# CITY OF NORWICH
## CONNECTICUT

Date:      November 8, 1990

To:        Department Heads

From:      Ernest M. Zmyslinski, City Manager

Subject:   Executive Order 1-90 Harassment Policy


Enclosed is the City's new harassment policy and the procedures to support its operation.

Since 1964 the American workplace has been protected under the law from discrimination and harassment because of sex, race, creed, religion or age.

Over the ensuing years, laws governing sexual harassment have been put into effect and numerous lawsuits have been filed with substantial monetary awards and damage to the reputation of the employer.

In the past, the mistakes employers have made in dealing with reports of sexual harassment have been to dismiss or minimize reports, seeing them as isolated incidents instead of the tip of an iceberg.

Under the law employers are held accountable for the behavior of their managers, supervisors and even low level team leaders. The courts see the responsibility of the employer to educate its management in order to prevent sexual harassment.

The employer is also held accountable for the behavior of all other employees and visitors to the workplace to prevent a hostile sexual environment and to act immediately to investigate and to correct other situations when they are reported.

Sexual Harassment Policy          (2)                    November 8, 1990

The City must therefore protect its workforce and itself.  People may sue no matter what an employer does, but that is less likely to happen if people believe they have been treated fairly and consistently, and their human worth and dignity are valued and upheld.

Often people who file with the Connecticut Human Rights Opportunity Commission (CHRO) and the Federal Employment Opportunity Commission have already left their jobs, so these cases are often coupled with charges of emotional distress and constructive discharge which if proven carry punitive damage awards as well.

Should a suit occur in spite of the employer's best efforts, the employer must be prepared to show a good track record in all human rights issues, and in preventing discrimination and harassment.

It must be able to show its own efforts at education, reporting procedures, investigation, empathy, and disciplinary follow up.

This policy includes the following:

1. A Policy Statement which includes a definition of harassment.

2. An initial communication to management and employees informing them of their responsibilities and how to handle reports of harassment.

3. A dual reporting system which is communicated to employees for reporting harassment.  One of the problems employers have run into is requiring employees to report harassment to their supervisor when it is their supervisor who is harassing them.

4. An investigation procedure for handling complaints.  This function is best performed by the personnel department since it provides more confidentiality and consistency of approach. The law has set guidelines for investigatory procedures which can be followed.

5. Disciplinary procedures.  Something that can result from the investigation of harassment reports is that it puts everyone on notice that harassment is not to be tolerated.

Disciplinary Procedures should include penalties for incidents ranging from reprimands to be placed in the employee's file for proved offenses with escalating discipline depending on the seriousness of the offense or repeat offenses even at minor levels.  There should be stronger restrictions on department heads and supervisors since they have career power over people. The employer must also keep a log of all reported offenses and monitor the environment for on-going harassment, hostility, and denigration of employees.

Sexual Harassment Policy                (3)                November 8, 1990

Finally, there will be penalties for false reporting. Most harassment goes unreported because people fear the retaliation they may endure. A false report hurts not only the innocent but the credibility of real victims.

I stress the early confrontation and resolution of harassment problems. If they are allowed to go to the Commission of Human Rights and Opportunities complaint stage or a lawsuit, the City will find itself defending the guilty party and the City will be named in the suit as well. It is important that the City does not spend valuable resources on a lost cause.

### A Final Word

The implementation of a sexual harassment policy and reporting procedure may cause an initial load of reporting. Be prepared for it as a positive step toward improving the work environment.

The policy didn't create harassment it just gave people a way to correct what was already happening.

Sincerely,

Ernest M. Zmyslinski
City Manager

THE FOLLOWING PAGES CONTAIN:

I.    POLICY STATEMENT - TO BE ISSUED TO ALL EMPLOYEES

II.    COMMUNICATION TO EMPLOYEES - TO BE DISSEMINATED TO ALL EMPLOYEES

III.    REPORTING PROCEDURES - TO BE DISSEMINATED TO ALL EMPLOYEES

IV.    PENALTY FOR VIOLATIONS - TO BE DISSEMINATED TO ALL EMPLOYEES

V.    COMMUNICATION TO DEPARTMENT HEADS AND SUPERVISORS - FOR DEPARTMENT HEADS OR SUPERVISORS ONLY

VI.    INVESTIGATORY PROCEDURES - TO BE ISSUED TO DEPARTMENT HEADS AND THE PERSONNEL DEPARTMENT ONLY

VII.    THE ROLE OF THE PERSONNEL DEPARTMENT - TO BE ISSUED TO ALL DEPARTMENT HEADS

VIII.    DISCIPLINARY PROCEDURES - TO BE MAINTAINED BY THE PERSONNEL DEPARTMENT



# CITY OF NORWICH
### CONNECTICUT

## I

### HARASSMENT POLICY

The City of Norwich is committed to the decent and respectful treatment of all its employees regardless of race, creed, religion, sex, or age.

The City does not tolerate harassment of employees by department heads, supervisors, co-workers or non-employees and will take both preventive and corrective action to guarantee a fair and equitable work environment.

### WHAT IS HARASSMENT?

#### Definition

Harassment is the singling out of a person or group of persons for mistreatment as a condition of employment or advancement, or a pervasive and consistent hostile environment in the workplace which a person is subjected to because of his or her sex, race, creed, religion, or age.

The mistreatment may range from open attitudes of contempt held by other members of the group up to and including verbal, physical, or sexual assault.

#### Definition of Sexual Harassment

Sexual harassment refers to behavior which is not welcome, is personally offensive, debilitates morale and interferes with the work performance and effectiveness of its victims. Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitutes harassment when:

a. Submission to such conduct is made explicitly or implicitly a term or condition of an individual's employment process.

b. Submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting such individual.

c. Such conduct has the purpose or affect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

II

SEXUAL HARASSMENT
EMPLOYEE ADVISORY

SOME EXAMPLES OF CONDUCT WHICH CONSTITUTE
SEXUAL HARASSMENT WHEN THE CONDUCT IS INTENDED
OR PERCEIVED AS SEXUALLY ORIENTED OR SUGGESTIVE

VERBAL

* Referring to an adult as a girl, hunk, doll, babe, or honey

* Whistling at someone, cat calls

* Making sexual comments about a person's body

* Turning work discussions to sexual topics

* Telling sexual jokes or stories

* Asking about sexual fantasies, preferences, or history

* Asking personal questions about social or sexual life

* Making sexual comments about a person's clothing, anatomy, or looks

* Repeatedly asking out a person who is not interested

* Making kissing sounds, howling, and smacking lips

* Telling lies or spreading rumors about a person's personal sex life

* Making sexual compliance a condition of employment, advancement, or working conditions

NON-VERBAL

* Looking a person up and down (elevator eyes)

* Staring at someone

* Blocking a person's path

* Following the person

* Giving personal gifts

* Making facial expressions such as winking, throwing kisses, or licking lips

* Making sexual gestures with hands or through body movements

* The display in the workplace of sexually suggestive objects or pictures

PHYSICAL

* Giving a massage around the neck or shoulders

* Touching the person's clothing, hair, or body

* Hanging around a person

* Hugging, kissing, patting, or stroking

* Touching or rubbing oneself sexually around another person

* Standing close or brushing up against a person


## TO DETERMINE IF YOUR BEHAVIOR IS UNWANTED, ASK YOURSELF THE FOLLOWING QUESTIONS:

1. Would I want any of those behaviors to be the subject of a column in my organization's newsletter or to appear on the evening news?

2. Is there equal power between me and the person that I'm interacting with?

3. Would I behave the same way if the person I'm in a relationship with were standing next to me?

4. Would I want someone else to act this way toward a person that I'm in a relationship with?

5. Is there equal initiation and participation between me and the person I'm interacting with?


## MAINTAINING A HARASSMENT FREE ENVIRONMENT

1. Each supervisor has an affirmative duty to maintain his or her workplace free from sexual harassment. This duty includes discussing the policy with all employees and assuring them that they are not required to endure insulting, degrading, or exploitive sexual harassment.

2. Specifically no supervisor shall threaten or insinuate, either explicitly or implicitly that an employee's refusal to submit to sexual advances will adversely affect the employee's employment, evaluation, wages, advancement, assigned duties, shifts or any other condition of employment or career development.

3.  As an employee you do not have to tolerate harassment from department heads, supervisors, co-workers or visitors to the workplace.

4.  If you have suggestive or pornographic literature or pictures anywhere at work remove them.

5.  If you have repeatedly approached an employee, a co-worker, or any member of the public while on the job about your romantic interest in them and have been refused, please stop trying.  This activity maybe grounds for a harassment charge.

6.  Please do not fondle, caress, or embrace your employees or co-workers. Affection, even innocent, may be misunderstood and unappreciated.

7.  Victims of sexual harassment are not required to tell you that you are out of line.  They may feel too intimidated to rebuff you.

8.  There are some risks to dating at work.  If the person is an employee of yours or becomes one there may be legal ramifications down the road if the relationship goes sour or the worker feels compelled to quit.

9.  It is also possible for same sex harassment to occur.  Two examples of this are:  homosexual approaches and defaming someone's character with rumors of sexual behavior.

10. Consistent use of obscene language, sexual innuendo, jokes or comments create a hostile working environment and are valid cause for a complaint. Approximately 80% of lawsuits are for hostile environment charges.

11. Under no circumstances are you to retaliate against someone who has filed a complaint.  Isolating or ostracizing someone after a complaint may be cause for your being disciplined even if you weren't involved in the original incident.  You may find yourself named in any subsequent lawsuit where you will be held personally and financially liable for your actions.

12. If you sexually harass an employee away from the worksite after work hours you will be held accountable for your actions.

## III

### EMPLOYEE HARASSMENT ADVISORY
### REPORTING PROCEDURES

#### WHAT SHOULD YOU DO IF YOU BELIEVE YOU ARE BEING HARASSED?

1. Report your experience to your supervisor or to the Personnel Department.

2. We recommend that you confront the person who is harassing you and tell them that their behavior is not welcome, but you are not required to do so.

3. If you have been raped or sexually assaulted on the job do not just notify your supervisor, take all the legal steps you can. Call the police, get to the hospital.

4. There will be no discrimination or retaliation against any employee for making a report of sexual harassment.

5. All actions taken to resolve complaints of sexual harassment will be conducted confidentially.


## IV

### PENALTY FOR VIOLATIONS

Any employee who is found after investigation to have sexually harassed another employee will be subject to disciplinary action depending on the circumstances, up to and including discharge.

## V

### SEXUAL HARASSMENT
### THE DEPARTMENT HEAD & SUPERVISORY ROLE

The role that Department Heads, Supervisors, and even team and crew leaders play in preventing harassment is especially important for several reasons.

1. Everyone who supervises an employee must realize that he or she has some power to hire, fire, or promote the individual.

Harassing, threatening or coersive behavior by the supervisor inflicts emotional distress and adversely affects the individual's ability to earn a living and advance in their career.

Sexual threats and harassment, threats to discharge or refuse to hire or promote an individual unless sexual favors are granted are particularly intolerable and protected against by law.  It is important for supervisors and managers to know this behavior is against the law and that you as well as the employer will be held personally accountable by the courts even if the victimized employee never complains about your treatment of them to anyone until several years after they have left your employ.

With some court awards in the hundreds of thousands of dollars already, you personally will pay a very high price for sexual harassment.

The law will hold you responsible not only for unwanted sexual advances, touching or assault but also the victim's discharge and emotional distress.

As a department head or supervisor even if you believe your advances to be well received or mere joking, don't do it.

It is important that management personnel look at sexual harassment in the broadest possible scope.  The department head or supervisor must make sure that he does not use verbal sexual connotations, nor should he permit his employees to do so.  For example, jokes against the opposite sex, insults, referring to women as "girls", maintaining that women are dumb, or inferring that they can't take pressure, or otherwise referring to persons of the opposite  sex in any way which is degrading, could be construed as sexual harassment.

The City is responsible for educating you not to use discriminatory practices and harassing behavior in order to prevent you from using any illegal behaviors and if you persist even in the face of this information any investigation which proves you harassed your employees is just cause for your termination.

2.   You are responsible for preventing a hostile environment. It is the City's responsibility to provide an environment free from sexual innuendo, pornography, and lewd comments and behaviors.

No employee shall be subject to the distress of sexual denigration by co-workers, management, the public, or repairmen visiting the place of work.

One insulting incident does not constitute a hostile environment, but personnel, and management must educate employees, monitor the environment, and take immediate corrective action when harassment occurs.

Even verbally or physically aggressive behavior of a nonsexual nature when used on one sex but not the other, has been interpreted as sexual harassment by the courts.

3.   Encourage all your employees male and female to conduct themselves in a professional and nonsexually provocative manner. If employees cannot overcome their racial or sexual prejudices and bigotry they must leave them at home.  They have no support in the workplace and are illegal.

4.  If you receive a complaint, do not automatically change the work assignment or shift of the person making the complaint.  This may be seen as a retaliation or an admission of guilt.

## VI

### IMPLEMENTING THE HARASSMENT
### INVESTIGATION PROCEDURE

As a Department Head or Supervisor what should you do when someone tells you about harassment on the job?

1. Take every charge very seriously. Maintain your objectivity, but show empathy. It is very difficult for employees to report harassment. They often feel their jobs are jeopardized if they come forward.

2. Maintain strict confidentiality of all parties concerned.

3. Be aware that retaliation can occur and take steps to prevent it.

4. Contact the Personnel Department immediately. They will question all co-workers as well as those named.

5. All interviews will be conducted away from the immediate work environment to maintain confidentiality. A written document detailing specific incidents, names, and dates will be produced.

6. A determination will be made on the basis of the interviews as to the validity of the claim and corrective steps will be installed.

Some situations are solved by an apology and a promise not to repeat the action, other more serious offenses may lead to termination.

The Personnel Department will keep a written record of all reported harassment and in the cases where harassment is found, a written record will be placed in the offender's personnel file.

VII

SEXUAL HARASSMENT
THE ROLE OF THE PERSONNEL DEPARTMENT

It will be the responsibility of the Personnel Department to develop and issue policies, train both management and staff, investigate complaints, maintain accurate records, and assist appointing authorities in the establishment and enforcement of consistent disciplinary procedures regarding offenses of sexual harassment.

1.  **Policy Development**

The Personnel Department is increasingly the first line of notification and interpretation for the many laws which affect the workforce and a monitor of the court cases which ensue. In this capacity the Personnel Department serves to protect the employer from legal missteps and infringements.

2.  The implementation of any Policy without employee training is ineffective. Recommendations would be to train management and union representatives first, since they will play a role in establishing a non harassing atmosphere, counseling, and reporting. The City is accountable for a manager's behavior so setting the tone for a humane work environment with them is very important.

3.  Personnel staff will need special training to investigate complaints. Since the Commission on Human Rights has subpoena and investigatory power the only proper role for the employer to take is to thoroughly investigate all complaints in much the same manner as an external investigation.

In this role, the Personnel Department can function better as an objective outsider than anyone who has to continue to work in the department. You will want good legal advice right from the beginning. It will save money in the long run.

Accurate records of time, date, and place of occurrence must be kept and personnel is in a better position to offer confidentiality to all parties involved in an investigation.

Above all, empathic listening skills are important. At no time should either victim or offender feel that you support one side over the other as a basic premise of your investigation.

4.  Consistent enforceable disciplinary procedures must be put in place.

No department head or supervisor can receive preferred treatment in a disciplinary procedure and all records must demonstrate that.

The policy will be enforced in each department with better consistency if the disciplinary steps are monitored from a central group.

Finally, consistent policies, training, and monitoring go a long way toward defining the atmosphere of the workplace and preventing problem behaviors.

## VIII

### DISCIPLINARY PROCEDURE

### DISCIPLINE MUST BE CONSISTENT, CORRECTIVE, AND PROGRESSIVE.

All proven complaints must be filed in the offender's personnel file with letters of reprimand.

Should a complaint or suit be filed it is important to the employer's position to show proof that corrective and disciplinary measures were taken against the harasser. Otherwise the employer is seen as a party to the harassment.

A separate record listing all complaints must be maintained by the personnel department. Even when investigations prove inconclusive a series of complaints against an individual is cause for corrective action.

In order to fulfill the law, verbal harassment by co-workers on a first offense is correctable through public apology and a warning not to repeat the offenses. Subsequent offenses should be documented in writing in the person's personnel file with reprimands and possible suspensions. After a track record of offenses termination must be considered.

Any physical attacks should be dealt with immediately. Suggested disciplines may include administrative leaves, demotions, suspensions or termination and/or referral for criminal prosecution.

Department heads and supervisors are held to a higher standard of behavior and no offense can be tolerated.

Official reprimands, suspension, demotion, termination, or transfer should be enforced on even the first offense.

Court cases have shown it is not wise to defend the guilty party. The employer should lay all the ground work to protect itself legally from charges of harassment because it did not discipline offenders.



# CITY OF NORWICH

### CONNECTICUT
### PERSONNEL DEPARTMENT

RICHARD A. PODURGIEL
*Personnel Director*

City Hall Building
100 Broadway
Norwich, CT 06360
(203) 886-2381

### NOTIFICATION

### SEXUAL HARASSMENT IS ILLEGAL
### AND IS PROHIBITED
### BY
### THE CONNECTICUT DISCRIMINATORY EMPLOYMENT PRACTICES ACT
### (Section 46a-60 (a)(8) of the Connecticut General Statutes)
### AND
### TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
### (42 United States Code Section 2000e et seq.)

SEXUAL HARASSMENT MEANS "ANY UNWELCOME SEXUAL ADVANCES OR
REQUESTS FOR SEXUAL FAVORS OR ANY CONDUCT OF A SEXUAL NATURE WHEN:

(1) SUBMISSION TO SUCH CONDUCT IS MADE EITHER EXPLICITLY OR
    IMPLICITLY A TERM OR CONDITION OF AN INDIVIDUAL'S EMPLOYMENT;

(2) SUBMISSION TO OR REJECTION OF SUCH CONDUCT BY AN INDIVIDUAL IS
    USED AS THE BASIS FOR EMPLOYMENT DECISIONS AFFECTING SUCH
    INDIVIDUAL; OR

(3) SUCH CONDUCT HAS THE PURPOSE OR EFFECT OF SUBSTANTIALLY INTER-
    FERING WITH AN INDIVIDUAL'S WORK PERFORMANCE OR CREATING AN
    INTIMIDATING, HOSTILE OR OFFENSIVE WORKING ENVIRONMENT."

### Examples of SEXUAL HARASSMENT include

UNWELCOME SEXUAL ADVANCES
SUGGESTIVE OR LEWD REMARKS
UNWANTED HUGS, TOUCHES, KISSES
RETALIATION FOR COMPLAINING ABOUT SEXUAL HARASSMENT
DEROGATORY OR PORNOGRAPHIC POSTERS, CARTOONS OR DRAWINGS

## City of Norwich

## Sexual Harassment Training

**Background**

- 1964 Title 7 – Affords employees the right to work in an environment free from discrimination, intimidation, ridicule and insult based on race, creed, national origin or sex – The umbrella

- 1980, 1988, 1990 EEOC Guidelines

- Connecticut Fair Employment Practices, new 46a-54(15)

- 1991 Civil Rights Act

- 1990 City of Norwich Sexual Harassment Policy

**Reasons For Its Occurrence**

- Our cultural background

  - The sexual revolution and the puritanical mindset

- Communication differences between the sexes

- Attractions gone sour

- Sickness

- The power imbalances in the workplace and between men and women

- Hostility in nontraditional workplaces

**Cultural Diversity and the Changing Workplace**

- Harassment is destructive of the workplace and of people.

- Employees who are harassed will be less productive and they will leave.

- Examine your own prejudices.  Our society is embedded with them.

1

**Sexual Harassment**

1.  Quid Pro Quo - This for that

    *   Sexual favors are exchanged for employment, promotion and enhanced work conditions.

    *   It can be both demanded and offered.

    *   Who can be victimized?

        -   The targeted person

        -   Other people in the workplace

    *   Who is the harasser?

        -   Someone in power

        -   It may or may not be the direct supervisor

    *   Culpability

        -   Direct - The employer is accountable under the law in advance for harassment by supervisors.

        -   As an employer, you are still accountable for harassment by your employees against other employees even after they go home at night.

        -   Lawsuits in a complaint will name the harasser, the department head, and the employer.

        -   The lawsuit is against you personally.

2.  Hostile Environment - 70% of the cases

    *   Pervasive, unwelcome sexual behavior or visuals which create an intimidating, uncomfortable, hostile, or offensive work environment.

    *   Meritor vs Vinson

        -   Unwelcome vs voluntary

        -   District Court said there was no harassment because there was no tangible economic loss.  They were wrong.

        -   On appeal the Court said hostile environment is a form of sexual harassment.

2

- Ellison vs Brady

    - The Reasonable Woman Standard

- Class Actions

    - Stroh's Beer and the Swedish Bikini Team

- 1991 Civil Rights Act

- Who is the harasser?

    - Any employee, supervisor or not, visitors, clients, repairmen, customers

- Your responsibility

    - Monitor the environment on an ongoing basis to prevent lewd talk, actions or visuals.

    - Avoid an "it can't happen here" attitude - you will automatically blind yourself to problems.

    - You knew or should have known.  One incident may be the tip of an iceberg.  Correct each incident.

3.    Harassment Because of Sex

- Myths and legends, ridicule, questioning competency, ostracism, acts of aggression.

- More characteristic of nontraditional workplaces - shipyards, factories, the military, police, fire, public works.

## HOW THE LAW WORKS

- **Do you have to go to court when a complaint comes in?**

No, when you receive a complaint notify this Personnel Department immediately.  We will conduct the investigation. The law provides you with opportunities to correct harassment problems in-house.

Every action you take and what you say may wind up as testimony in court, however, so maintain a very even objectivity in yourself and your staff.

If you sweep problems under a rug they erupt like a volcano later.

Never underestimate your ability to identify with your own sex.

Take a very even handed approach with both the accuser and the accused.  Those who have been victimized need nonjudgmental, empathetic concern from you.

Those who have been accused have rights of due process.

This will be a very difficult process for you if you are friends with one or both parties.

Complaints often come to management through the union.

If the victim is a union member it is not sufficient to leave the investigation to them.

If the accused is a union member he is entitled to union representation under Weingarten.

Avoid any proceeding that can be viewed as a kangaroo court by either the victim or the harasser.

Victim and harasser are not required to face each other at any time in these proceedings.

- **What if the woman quits and tells you on the way out the door of the harassment?**

Do an investigation and, if harassment is found, offer reinstatement and counseling.

4

## WHAT TO AVOID SAYING

- If it bothered you so much why didn't you come forward sooner?

- I can't believe good old Joe would do this.

- He said you didn't complain.

- He said you were smiling.

- What did you do to make him do this?

- If you're going to run with the big boys you're going to have to put up with a little teasing.

- What do you want me to do?  Fire him?  (This is not the victim's decision nor should that burden be perceived to be hers by anyone.)

## THIS IS WHERE YOUR WORK REALLY BEGINS

- You will offer confidentiality during the investigation but once Personnel begins to investigate everyone will know.

- Someone may call the press.  This is a personnel matter - don't give out information to anyone.

- You will promise no retaliation but it will happen, and fighting it will be the single most important thing to do.

5

## THE ROLE OF THE PERSONNEL DEPARTMENT AND OUR POLICY

- We offer several reporting routes.

- We conduct an investigation.

- We work with the departments on disciplinary procedures.

- We keep records.

- **What happens if the complaint is proved true?**

  - Discipline must be progressive.

  - For lesser offenses it will be letters, transfers and suspensions which can lead to termination for repeated offenses.

  - For even one instance of very aggressive behavior it can mean termination.

- **What happens if it is proved untrue?**

  - There will be discipline for false accusations as well.

  - Just because a victim recants a story, however, does not mean the accusation is untrue.

- **What if it can't be proved?**

  - Document the incident and put it to rest.

  - If another instance of harassment is reported later, look very closely at the possibility of a repeated offense.

6

## WHERE DOES THE COMMISSION ENTER THE PICTURE?

- **What is the Commission on Human Rights and what role does it play?**

  - A typical scenario of a complaint gone wrong.

  - Plaintiffs must file within 180 days.  But it may not be from the date of the incident they reported to you. They will use the date of the last harassment they experienced just before they quit.

  - What the complaint will look like.  What you will have to do.

  - The process becomes time consuming, expensive, and embarrassing.  Lawyers get involved.

  - The victim now becomes your adversary.  It is a good idea not to attack her in any way.

  - The Commission will investigate if a resolution is not reached after you respond to the complaint.

  - They have subpoena power and the force of law.

  - The Commission investigation may result in a permission to move to a court of law.

  - There is a very good chance the claim will now include charges of intentional or negligent infliction of emotional distress and constructive discharge.  The damages can go into the millions and you are personally named in the suit.

- About the accused harasser.

  - These people can sue also and they have, for wrongful discharge, age discrimination, slander, invasion of privacy, and racial discrimination.

7

## IN SUMMARY

1.    Harassment on the job should be prevented as an integral
      part of management practices.

      Although it is not easy, it is nothing compared to a
      lawsuit.


2.    Competent handling of even the most difficult situations
      protects both you and the employer, as well as securing a
      more effective workforce.


3.    Create and foster a decent work environment.  It pays off.

      This will mean that you cannot be just one of the guys, but
      the perception of your fairness will pay dividends in
      increased employee morale and decreased turnover.