UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KRISTEN EJCHORSZT | \* |
| | \* |
| | \* |
| VS. | \* |
| | \* |
| | \*   **CASE NUMBER:** 3: 02CV1350(CFD) |
| JAMES F. DAIGLE, JR.; | \* |
| LOUIS J. FUSARO, Chief of Police | \* |
| MARK LOUNSBURY; POLICE | \* |
| DEPARTMENT OF THE CITY OF | \* |
| NORWICH, AND CITY OF NORWICH | \*   October 26, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXTENSION OF TIME FOR FILING THE TRIAL MEMORANDUM**

The plaintiff, Kristen Ejchorszt, respectfully moves for an extension of time within to which to file the Trial Memorandum in this action as follows.

1. The trial memorandum is currently due to be filed October 27, 2006, pursuant to the Court's notice dated September 15, 2006.

2. The Court has not rendered a decision on defendants' Motion for Summary Judgment. The parties cannot know which issues will be tried until the Court rules on the summary judgment motion.

3. The plaintiff requests that the deadline for the trial memorandum be extended to three weeks following the Court's ruling on the defendants' Motion for Summary Judgment.

4. Counsel for all defendants, Beatrice S. Jordan and Eric P. Daigle consent to the requested extension for filing the trial memorandum.

5. This is plaintiff's first motion for the extension of the deadline for filing the trial memorandum.

1

WHEREFORE, the plaintiff requests that the deadline for filing the trial memorandum to be set for three weeks following the entry of the Court's ruling on defendants' Motion for Summary Judgment.

                Respectfully Submitted,

                    THE PLAINTIFF,
                    KRISTEN EJCHORSZT

By: _____/s/_____
      Barbara L. Cox
      Fed. Bar No. Ct08523
      Gallagher & Calistro
      1377 Boulevard, P.O. Box 1925
      New Haven, CT 06509
      (203) 624-4165
      Her Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on October 26, 2006, a copy of the foregoing Motion for Extension of Time for Filing of Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

_____/s/_____
Barbara L. Cox