UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| | : | |
| v. | : | |
| | : | |
| JAMES F. DAIGLE, JR., ET AL | : | DECEMBER 27, 2006 |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Melinda A. Powell moves the

Court for permission to withdraw her appearance filed on behalf of the defendants,

City of Norwich Police Department of the City of Norwich, Louis J. Fusaro, and Mark

Lounsbury, in the above-captioned matter.

Attorney Beatrice Jordan and Attorney Thomas Gerarde of Howd & Ludorf, LLC

previously entered their appearance on behalf of the defendants, City of Norwich

Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury.

DEFENDANTS,
CITY OF NORWICH, POLICE
DEPARTMENT OF THE CITY OF
NORWICH, LOUIS J. FUSARO and
MARK LOUNSBURY

By: /s/Melinda A. Powell
     Melinda A. Powell
     ct17049
     Howd & Ludorf, LLC
     65 Wethersfield Avenue
     Hartford, CT  06114
     (860) 249-1361
     (860) 249-766 (Fax)

**CERTIFICATION**

This is to certify that on December 27, 2006, a copy of the foregoing Motion for Permission to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

/s/Melinda A. Powell
Melinda A. Powell

2