UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
***************************************
KRISTEN EJCHORSZT                      *
                                       *
                                       *
VS.                                    *
                                       *
                                       *   CASE NUMBER:
                                       *   3: 02CV1350(CFD)
                                       *
JAMES F. DAIGLE, JR.;                  *
LOUIS J. FUSARO, Chief of Police       *
MARK LOUNSBURY; POLICE                 *
DEPARTMENT OF THE CITY OF              *
NORWICH, AND CITY OF NORWICH           *
                                       *   MARCH 16, 2007
***************************************
```

### *MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT*

The plaintiff requests permission to file a sur-reply memorandum in opposition to defendants' motion for summary judgment for the following reasons:

1. The defendants' reply memorandum, dated October 4, 2006, never reached the undersigned counsel.

2. The undersigned counsel was on vacation when defendants' reply memorandum was filed.

3. When the undersigned returned to work after her vacation, she discovered that during the time she was away, her e-mail inbox became full and, consequently, rejected incoming e-mail.

4.     The undersigned, who normally retains e-mail notifications from the Court in a dedicated in-box, has searched all received e-mails and has not located the Court's notice of defendants' reply memorandum.

5.     The undersigned counsel was unaware that the defendants had filed a reply memorandum until it was disclosed at the oral argument on the motion for summary judgment, held on March 6, 2007.

6.     The defendants have raised a number of arguments in their reply memorandum that require response from the plaintiff.

7.     On March 6, the Court ordered the plaintiff to file a sur-reply memorandum by Friday, March 16. The plaintiff's counsel was unable to file memorandum on that day, because her office had to close early and send its clerical staff home due to a severe snow and ice storm on March 16.

WHEREFORE, the plaintiff requests permission to file the sur-reply memorandum in opposition to the motion for summary judgment, filed herewith.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
KRISTEN EJCHORSZT

By: ____/s/_____
   Barbara L. Cox
   Fed. Bar No. Ct08523
   The Gallagher Law Firm
   1377 Boulevard, P.O. Box 1925
   New Haven, CT 06509-1925
   (203) 624-4165
   Fax: 203-865-5598
   Her Attorney

## *CERTIFICATION OF SERVICE*

  I hereby certify that on March 19, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Barbara L. Cox