UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
************************************
KRISTEN EJCHORSZT                   *
                                    *
                                    *
VS.                                 *
                                    *
                                    *            CASE NUMBER: 3: 02CV1350(CFD)
JAMES F. DAIGLE, JR.;               *
LOUIS J. FUSARO, Chief of Police    *
MARK LOUNSBURY; POLICE              *
DEPARTMENT OF THE CITY OF           *
NORWICH, AND CITY OF NORWICH        *            April 17, 2007
************************************
```

## MOTION FOR EXTENSION OF TIME FOR FILING TRIAL MEMORANDUM

The plaintiff, Kristen Ejchorszt, respectfully moves for an extension of time, *nunc pro tunc*, within which to file the trial memorandum in this action to and including 30 days following a settlement conference, as follows.

1. The trial memorandum was currently due to be filed three weeks after the Court's ruling on the Motion for Summary Judgment, pursuant to the Court's ruling of November 1, 2006 (docket no. 115).

2. Neither of the defendants' counsel is available to contribute their portions of the trial memorandum. The undersigned is informed that counsel for the City of Norwich has been called out of state on or about April 12, 2007, and will be away due to a death in her family through April 20, 2007. Counsel is informed that counsel for James F. Daigle, Jr., is out of state attending a seminar.

3. A settlement conference has never been held in this case. The undersigned has requested the Court to assign this matter for a settlement conference. If the parties successfully resolve this case through settlement, there will be no need to file a trial memorandum. Thus, extending the time for filing the trial memorandum until after a

settlement conference is conducted will serve the policies underlying Fed. R. Civ. P. 1, in promoting the conservation of resources of the Court and the parties.

    4. The undersigned has inquired of opposing counsel, Beatrice S. Jordan and Eric P. Daigle, but as of the drafting of this motion has not been able to learn of Attorney Jordan's position with respect to the requested extension of time. Attorney Daigle consents to the requested extension.

    5. This is the plaintiff's second motion for extension of the deadline for filing the trial memorandum, which is filed for good cause.

Respectfully Submitted,

THE PLAINTIFF,
KRISTEN EJCHORSZT

By: ___/s/_____
Barbara L. Cox
Fed. Bar No. Ct08523
The Gallagher Law Firm
1377 Boulevard, P.O. Box 1925
New Haven, CT 06509
(203) 624-4165
Her Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on April 17, 2007, a copy of foregoing Motion to Extend Time for Filing Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

                                                                                /s/_____
                                                                             Barbara L. Cox