## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1350 (CFD) |
| | : | |
| JAMES F. DAIGLE, JR., ET AL | : | MAY 2, 2007 |
|     Defendants | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_\_ A recommended ruling on damages

\_\_\_\_ A ruling on the following motion(s) which are currently pending

√ A settlement conference

\_\_\_\_ A discovery conference

\_\_\_\_ Other:   A scheduling conference

**SO ORDERED.**

Dated this 2nd day of May, 2007, at Hartford, Connecticut.


/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge