UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KRISTEN EJCHORSZT | \* |
| | \* |
| | \* |
| VS. | \* |
| | \* |
| | \*  **CASE NUMBER:** 3: 02CV1350(CFD) |
| JAMES F. DAIGLE, JR.; | \* |
| LOUIS J. FUSARO, Chief of Police | \* |
| MARK LOUNSBURY; POLICE | \* |
| DEPARTMENT OF THE CITY OF | \* |
| NORWICH, AND CITY OF NORWICH | \*  JULY 12, 2007 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION FOR EXTENSION OF TIME FOR FILING
## JOINT TRIAL MEMORANDUM

The parties respectfully move for an extension of time to and including August 1, 2007 for filing the Joint Trial Memorandum in this faction for the following reasons:

1. The Joint Trial Memorandum is currently due to be filed July 16, 2007, pursuant o the Court's order of April 18, 2007, granting an extension of time until thirty days post settlement conference for filing the Joint Trial Memorandum. See docket items 127 and 128.

2. The settlement conference, held on June 14, 2007 did not result in a settlement of the case.

3. Counsel for the defendant James Daigle is out of the state into the week of July 16 and is unavailable to contribute to the Joint Trial Memorandum.

3. Because of conflicts in counsels' vacation and litigation schedules, the parties need until August 1, 2007 within which to file the Joint Trial Memorandum.

4. In addition, the parties need sufficient time to meet and confer with respect to various items of this Court's order regarding the Joint Trial Memorandum.

       Respectfully Submitted,

       THE PLAINTIFF,
       KRISTEN EJCHORSZT


By: ____/s/_____
    Barbara L. Cox
    Fed. Bar No. Ct08523
    The Gallagher Law Firm
    1377 Boulevard, P.O. Box 1925
    New Haven, CT 06509
    (203) 624-4165
    Her Attorney

    THE DEFENDANT,
    CITY OF NORWICH


By: _____/s/_____
    Beatrice S. Jordan, Esq.
    Fed. Bar No. Ct22001
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114

    THE DEFENDANT,
    JAMES DAIGLE, JR.


By: _____/s/_____
    Eric P. Daigle, Esq.
    Halloran & Sage, LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4303

**CERTIFICATION OF SERVICE**

I hereby certify that on July 12, 2007, a copy of foregoing Motion to Extend Time for Filing Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              ____/s/_____
                                                              Barbara L. Cox