UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KRISTEN EJCHORSZT | \* |
| | \* |
| | \* |
| VS. | \* |
| | \* |
| | \*   **CASE NUMBER:** 3: 02CV1350(CFD) |
| JAMES F. DAIGLE, JR.; | \* |
| LOUIS J. FUSARO, Chief of Police | \* |
| MARK LOUNSBURY; POLICE | \* |
| DEPARTMENT OF THE CITY OF | \* |
| NORWICH, AND CITY OF NORWICH | \*   JULY 30, 2007 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION FOR EXTENSION OF TIME FOR FILING JOINT TRIAL MEMORANDUM

The parties respectfully move for an extension of time to and including August 8, 2007 for filing the Joint Trial Memorandum in this faction for the following reasons:

1. The Joint Trial Memorandum is currently due to be filed August 1, 2007, pursuant o the Court's order of July 23, 2007 (Docket item #135).

2. Counsel for the defendant City or Norwich Beatrice Jordan is currently on maternity leave, and new counsel, John J. Radshaw, III, has just assumed responsibility for filing the City of Norwich's portion of the Joint Trial Memorandum.

3. Because of conflicts in counsels' litigation schedules, the parties need an additional week, until August 8, 2007, within which to file the Joint Trial Memorandum.

4. Preparation of the Joint Trial Memorandum is well underway, but the parties need additional time to meet and confer with respect to various items of this Court's order regarding the Joint Trial Memorandum.

      Respectfully Submitted,

      THE PLAINTIFF,
      KRISTEN EJCHORSZT

By:     ___/s/_____
      Barbara L. Cox
      Fed. Bar No. ct08523
      The Gallagher Law Firm
      1377 Boulevard, P.O. Box 1925
      New Haven, CT 06509
      (203) 624-4165
      Her Attorney

      THE DEFENDANT,
      CITY OF NORWICH

By:     ____/s/_____
      John J. Radshaw, III, Esq.
      Fed. Bar No. ct19882
      Howd & Ludorf
      65 Wethersfield Avenue
      Hartford, CT 06114
      Its Attorney

      THE DEFENDANT,
      JAMES DAIGLE, JR.

By:     ____/s/_____
      Eric P. Daigle, Esq.
      Fed. Bar. No. ct 23484
      Halloran & Sage, LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06103-4303
      His Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on July 30, 2007, a copy of foregoing Joint Motion to Extend Time for Filing Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              ____/s/_____
                                                              Barbara L. Cox