UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTEN EJCHORSZT | : | NO.: 302CV1350 (CFD) |
| v. | : | |
| JAMES F. DAIGLE, JR., ET AL | : | AUGUST 22, 2007 |

**MOTION TO AMEND JOINT TRIAL MEMORANDUM**

The defendants, City of Norwich, Police Department of the City of Norwich, Louis J. Fusaro and Mark Lounsbury, request the Court's permission to amend the Joint Trial Memorandum which was filed on August 10, 2007 to correctly name Attorney Beatrice S. Jordan as the undersigned defendants' trial counsel. Attorney John Radshaw was erroneously named as trial counsel, as Attorney Radshaw was monitoring the case while Attorney Jordan was on maternity leave. A copy of the Amended Joint Trial Memorandum is attached as Exhibit A. The undersigned has contacted Attorney Barbara Cox and Attorney Eric Daigle to ascertain their position on the motion to amend and has been advised that they have no objection to the granting of this motion.

Wherefore, the defendants respectfully request that their Motion to Amend Joint Trial Memorandum be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
CITY OF NORWICH, POLICE
DEPARTMENT OF THE CITY OF
NORWICH, LOUIS J. FUSARO and
MARK LOUNSBURY


By_____/s/ Beatrice S. Jordan_____
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-766 (Fax)
   E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that on August 22, 2007, a copy of the foregoing Motion to Amend Joint Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Barbara L. Cox, Esquire
Gallagher & Calistro
1377 Boulevard
P.O. Box 1925
New Haven, CT  06509-1925

Eric P. Daigle, Esquire
James M. Sconzo, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

                                                        /s/ Beatrice S. Jordan
                                             Beatrice S. Jordan